IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTEZ CEPHUS,

    Plaintiff,

v.                                          Case No. 21C0126

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
LAUREN HASSELBACHER, AND
REBECCA BLANK,

    Defendants.

### JOINT MOTION TO STAY ALL DEADLINES AND TO CONVERT THE TRIAL DATE INTO A SCHEDULING CONFERENCE

The parties hereby move the Court to strike the pretrial deadlines in this case and to convert the December 5, 2022 trial date into a scheduling conference. The grounds for this motion are set forth below.

1. Defendants filed a motion to dismiss. That motion has been fully briefed since June 21, 2021. (Dkt. 20.)

2. In order to preserve limited personnel resources and avoid litigation expenses, the parties have not engaged in discovery. If the motion to dismiss is granted, discovery would be moot. Even if the motion to dismiss is not granted, the scope of discovery would be informed by the decision on the motion to dismiss.

3. If the case survives the motion to dismiss, the parties will move the Court for a schedule setting a new discovery deadline and dispositive motions deadline.

The parties, therefore, request that the December 5, 2022 trial date be converted to a scheduling conference.

Dated this 25th day of October, 2022.

                              Respectfully submitted,

                              JOSHUA L. KAUL
                              Attorney General of Wisconsin

                              s/Ann M. Peacock

                              ANN M. PEACOCK
                              Assistant Attorney General
                              State Bar #1046175

                              Attorneys for Defendants Board of Regents, Blank, and Hasselbacher

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 266-9230 (Peacock)
(608-) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us
peacockam@doj.state.wi.us

                              **NESENOFF & MILTENBERG, LLP**
                              *Attorneys for Plaintiff*

                 **By:**   */s/ Andrew Miltenberg*
                              Andrew T. Miltenberg, Esq.
                              Stuart Bernstein, Esq.
                              Kristen Mohr, Esq.
                              363 Seventh Avenue, 5th Floor
                              New York, New York 10001
                              Telephone: (212) 736-4500
                              amiltenberg@nmllplaw.com
                              sbernstein@nmllplaw.com
                              kmohr@nmllplaw.com

3

          **GIMBEL, REILLY, GUERIN & BROWN**
          *Attorneys for Plaintiff (Local Counsel)*

**By:**   */s/ Jason Luczak*
          Jason Luczak, Esq.
          Two Plaza East, Suite 1170
          330 East Kilbourn Avenue
          Milwaukee, WI 53202
          Telephone: (414) 271-1440
          jluczak@grgblaw.com