IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTEZ CEPHUS,

    Plaintiff,

v.                                Case No. 21C0126

REBECCA BLANK, et al.,

    Defendants.

## NOTICE OF ADDITIONAL COUNSEL

    PLEASE TAKE NOTICE that, Jennifer R. Remington, Assistant Attorney General, appears as additional counsel for the Defendants in the above matter. *Please note that Assistant Attorneys General Rachel L. Bachhuber, Ann M. Peacock, and Katherine C. Polich will continue to represent the Defendants in this action.* Defendants request service of all discovery and correspondence be made upon Assistant Attorneys General Remington, Bachhuber, Peacock and Polich as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the court's CM/ECF system.

    Dated: February 16, 2023.

                                          Respectfully submitted,

                                          JOSHUA L. KAUL
                                          Attorney General of Wisconsin

s/ Jennifer R. Remington
JENNIFER R. REMINGTON
Assistant Attorney General
State Bar #1098838

RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

ANN M. PEACOCK
Assistant Attorney General
State Bar #1046175

KATHERINE C. POLICH
Assistant Attorney General
State Bar #1065796

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 266-9230 (Peacock)
(608) 267-7163 (Polich)
(608) 267-2230 (Remington)
(608) 294-2907 (Fax)
bachhuberrl@doj.state.wi.us
peacockam@doj.state.wi.us
polichkc@doj.state.wi.us
remingtonjr@doj.state.wi.us