IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTEZ CEPHUS,

    Plaintiff,

v.                                    Case No. 21C0126

BOARD OF REGENTS

    Defendant.

## NOTICE OF ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendant, Board of Regents of the University of Wisconsin System, appears in this action by its attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney General Sarah A. Huck. Please note that Assistant Attorneys General Rachel Bachhuber and Jonathon Davies will continue to represent the Defendant in this action. Defendant request service of all discovery and correspondence be made upon Assistant Attorneys General Bachhuber, Davies and Huck as counsels of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the Court's CM/ECF system.

Dated: October 13, 2023

                                          Respectfully submitted,

                                          JOSHUA L. KAUL
                                          Attorney General of Wisconsin

                                                s/ Sarah A. Huck
SARAH A. HUCK
Assistant Attorney General
State Bar #1036691

Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7971
(608) 294-2907 (Fax)
hucksa@doj.state.wi.us