IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTEZ CEPHUS,

      Plaintiff,

      v.                          Case No. 21C0126

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

      Defendant.

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Board of Regents of the University of Wisconsin System, by its attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorneys General Rachel L. Bachhuber, Sarah A. Huck and Jonathon M. Davies, hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order of summary judgment against the claims of Plaintiff, Quintez Cephus. The grounds for this motion are set forth in the accompanying brief and the supporting documents.

Plaintiff is hereby notified that if he does not oppose the moving party's proposed facts that properly rely on evidentiary submissions in the record, the Court will accept the facts as unopposed. Plaintiff is directed to Federal Rule of Civil Procedure 56 and the procedures set forth in this Court's Preliminary Pretrial Conference Order governing summary-judgment procedure.

Dated: March 15, 2024

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Rachel L. Bachhuber
RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

s/ Sarah A. Huck
SARAH A. HUCK
Assistant Attorney General
State Bar #1036691

s/ Jonathon Davies
JONATHON M. DAVIES
Assistant Attorney General
State Bar #1102663

Attorneys for Defendant Board of Regents

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 266-7971 (Huck)
(608) 261-8125 (Davies)
(608) 294-2907 (Fax)
bachhuberrl@doj.state.wi.us
hucksa@doj.state.wi.us
daviesjm@doj.state.wi.us