## RE: written statement

**From:** LAUREN HASSELBACHER <lauren.hasselbacher@wisc.edu>
**To:** ▮▮▮ ▮▮▮ <▮▮▮@gmail.com>
**Cc:** Katherine ▮▮▮ <▮▮▮@hotmail.com>; lpines@pinesbach.com
**Date:** Fri, 25 May 2018 15:01:51 -0500

Hello ▮▮▮,

I want to let you know that on Tuesday (following the long weekend), I plan to send a Notice of Charge to both Quintez Cephus and ▮▮▮ ▮▮▮.

I want to make that I provide you updates regarding the status of the case moving forward. However, if you prefer not to receive direct communication and prefer I instead contact your parents and attorney, I'm happy to do that. Until I hear otherwise, I will continue to send you updates.

Regards,
Lauren

**Lauren Hasselbacher**
Campus Title IX Coordinator
University of Wisconsin-Madison
354 Bascom Hall
608-890-3788
Lauren.Hasselbacher@wisc.edu

---

**From:** ▮▮▮ ▮▮▮ <▮▮▮@gmail.com>
**Sent:** Thursday, May 24, 2018 5:04 PM
**To:** LAUREN HASSELBACHER <lauren.hasselbacher@wisc.edu>
**Subject:** Re: written statement

Dear Ms. Hasselbacher,

To clarify, there is only supposed to be two pages. And I would be perfectly fine with doing a joint investigation. It is fine with me for you to tell ▮▮▮ I provided you with a statement because I already told her I did so and told her she will need to do one too if she doesn't want to b interviewed.

Thanks much,
▮▮▮

Sent from my iPhone

On May 24, 2018, at 4:07 PM, LAUREN HASSELBACHER <lauren.hasselbacher@wisc.edu> wrote:

> Hello ▮▮▮,

I received your statement; thank you for providing. I see that the Adobe PDF is 6 pages long, but there are only 2 pages of text – please let me know if this is incorrect.

Also, is it alright with you if I inform ▮▮▮▮ that you have provided me a statement to initiate the investigation? I think it might make sense to pursue this as a joint investigation if that is what is preferred by both of you. I'm happy to answer any questions about what that would look like.

Regards,
Lauren

**Lauren Hasselbacher**
Campus Title IX Coordinator
University of Wisconsin-Madison
354 Bascom Hall
608-890-3788
Lauren.Hasselbacher@wisc.edu

**From:** ▮▮▮▮  <▮▮▮▮@gmail.com>
**Sent:** Thursday, May 24, 2018 3:31 PM
**To:** LAUREN HASSELBACHER <lauren.hasselbacher@wisc.edu>
**Cc:** lpines@pinesbach.com
**Subject:** written statement

Dear Ms. Hasselbacher,

I have attached my written statement describing the events that took place on the night I was sexually assaulted.

Thanks much,

▮▮▮▮

## Introduction

My name is ▇▇▇▇. I am a student at the University of Wisconsin-Madison, having recently completed my freshman year. On May, 21 2018 or the early morning of May 22 2018, I was sexually assaulted by Quintez Cephus, who is also a student at the University of Wisconsin-Madison.

I have prepared for submission to the Office of Compliance of the University of Wisconsin-Madison the following summary of the events that took place on May 21, 2018 and the early morning of May 22 2018. In this summary, I am not providing the same level of detail that I have previously shared with the Madison Police detectives who interviewed me.

## Summary of Events

During the afternoon of May 21 2018, I was invited to go bowling with my friend ▇▇ ▇▇. We were picked up by Quintez Cephus and ▇▇▇▇ who I had never met before. During bowling we all talked about meeting up together that night at the bars. After they dropped me off, Quintez Cephus messaged me over instagram message about meeting later at the UU and hanging out after. I assumed he was going to be with ▇▇ since we had all been talking about meeting all together. I first went out with a big group of friends and left Brats with my friend ▇▇ to go to the UU.

It was outside the Double U that we met Quintez Cephus and ▇▇▇▇. The bar did not check our identification because the bouncer knew Quintez and just waived us in. My friend ▇▇ was already inside of the UU. I had a considerable amount to drink that night and specifically a lot to drink before I got to the bar. I became highly intoxicated. I do not remember much from the bar but I remember that another friend, ▇▇▇▇▇, came up to me and said to me, "You're really drunk." I also remember that I offered Quintez a sip of my drink, but he refused, saying that he wasn't drinking because he had to drive. I also remember people pulling me off of the bar floor, but I do not recall who it was.

At some point later in the evening or early in the morning of May 22 2018, ▇▇▇▇ and I were driven by Quintez to an apartment. I do not recall the details of the drive. Nor do I recall how I got into the apartment.

I remember realizing that I was naked and lying on a bed in a bedroom of the apartment next to ▇▇ who was also naked. I recall Quintez putting ▇▇ hand on his penis and her saying, "I'm not doing that." He then attempted to get me to perform oral sex on him, but after a lack of cooperation he gave up and began to finger us both simultaneously.

Confidential                                         Exhibit 513, page 4                                         BOR_003049

███ was lying next to me, also naked. The times that I remember looking at her I could not tell if she was conscious or not. Quintez Cephus began to have sexual intercourse with her. While doing so, he put his hand on my chest and kept it there. Then he told me to suck on ███ breast but I refused and ███ also said no. I recall ███ multiple times repeating, "No I'm too tired." at which point he would switch to having vaginal intercourse with me before switching back to her. I remember this repeating a couple times.

The next thing that I distinctly remember is that I was lying on my stomach, still naked, and I felt my leg being lifted. Then Quintez Cephus began to have sexual intercourse with me from behind.

After that I either became unconscious or fell asleep. I woke up on the floor, still naked, to flash pictures being taken of my naked body and to the laughter of Quintez and ███. When they realized I was awake they went to the other room where I followed them an became upset. I recall yelling at Quintez to get away from me and to delete the pictures.

There is a period of time after this that I do not remember. I think I may have fallen asleep on the ground of the living room after ███ put my clothes back on for me.

In attempt to get all of my friends and leave I ran back into Quintez's room to get ███. Her eyes were rolling up to the back of her head and they were both under the covers. He was behind her on his side and I could not tell if he was penetrating her or not under the covers. He told me to come get her in twenty minutes and when I refused to leave he called in ███ to come in and get me to leave. I then went into the living room again.

███ apparently had run out of the apartment. Quintez informed me that she had sprinted out in an upset manner. Quintez Cephus drove me and ███ to Ogg Hall. When I got there I saw my friend ███ who took me to my room. I do not remember telling him the story but I remember throwing up in my trash can, crying, and him getting pajamas for me. After I had apparently told him what happened he called the City of Madison Police. A detective arrived and took me to Meriter Hospital for a sexual assault examination. The detective told me that I was so intoxicated that the hospital personnel had to delay examining me until I was sober enough to sign the necessary consent forms.

At no time did I tell Quintez Cephus that I wanted to have sexual intercourse with him. I did not consent to any sexual contact by or with Quintez Cephus.

Confidential

Exhibit 513, page 6

BOR_003051

Confidential

BOR_003052

Confidential

BOR_003053