| | |
|---|---|
| **File:** | Cephus, Q. and ▮▮▮▮ |
| **Interviewer:** | Lauren Hasselbacher and Jennifer Horace |
| **Date:** | August 9, 2018 |
| **Re:** | Interview with ▮▮▮▮, Complainant |

On August 9, 2018 Lauren Hasselbacher (Hasselbacher), Title IX Coordinator, and Jennifer Horace (Horace), Title IX/EO Complaint Investigator, spoke with ▮▮▮▮ (▮▮), Complainant, UW-Madison Student in Bascom Hall. ▮▮ support person was Jamie Sathasivam from the Rape Crisis Center.

Hasselbacher started the interview by updating ▮▮ on the progress of the investigation and providing information regarding what is going to occur moving forward. The complainant was also given the opportunity to ask questions about participation of all parties, reports, etc.

▮▮ recalled that her night started with going to dinner with her friend ▮▮▮▮ and ▮▮'s aunt who was visiting from out of town. No alcohol was consumed during dinner. After dinner ▮▮ and ▮▮ went back to ▮▮'s room to drink prior to going to the bar. In ▮▮'s room they drank three or four White Claws.[1] After leaving the dorm ▮▮ stated she and ▮▮ walked to the bar. While walking to the bar, ▮▮ described that she felt buzzed and was possibly walking "a little wobbly." ▮▮ recalled arriving at the bar between 10:00-10:30 p.m. ▮▮ said that she and ▮▮ were not going to the Double U to meet up with ▮▮, however it was possible ▮▮ did ask where she was going that night. ▮▮ also told ▮▮ that she was meeting up with some guys from the football team but ▮▮ had the impression that the plans were uncertain. When ▮▮ arrived at the Double U ▮▮ was not there. ▮▮ said ▮▮ did not arrive until approximately an hour and half after ▮▮ came to the Double U.

▮▮ was drinking while at the Double U. ▮▮ said she drank three to four larger Miller Lights,[2] half a shot, and some of "a bunch of peoples' drinks."[3] ▮▮ recalled knowing other people at the bar including a family friend, ▮▮ and ▮▮. ▮▮ said while she was at the bar ▮▮ texted ▮▮ and ▮▮ told ▮▮ she was at Double U. ▮▮ said at this point of the evening she starts to lose memory. ▮▮ believes she cannot recall what occurred approximately 15 to 20 minutes prior to ▮▮ arrived. ▮▮ explained that after she arrived at the Double U, continued to drink and then eventually blacked out.

▮▮ does not recall when she first saw ▮▮ and does not remember speaking to ▮▮ when she arrived at the Double U. However ▮▮ is certain the ▮▮ was at the Double U and they

---

[1] White Claw is a Hard Seltzer that contains 5% ABV per serving. Information from the White Claw website. https://whiteclaw.com/faq.html. ▮▮ said she is unsure exactly how many she consumed and said whatever is in the police report is the most accurate.
[2] ▮▮ confirmed the cans were "tall boys" which are 24 oz beers.
[3] When asked to estimate the amount of alcohol she consumed from others, ▮▮ estimated she consumed approximately two mixed drinks. ▮▮ believed it was possible some of what she consumed contained vodka, lemonade and cranberry.

were together. ▮ does not remember being at the bar with Cephus and ▮ either but has some memory of interacting with them. ▮ said ▮ also told her that she was with Cephus and ▮ at the Double U. ▮ does not recall taking a photo while leaning on Cephus' chest at the Double U.

▮ is unsure how long she was at the Double U with ▮ and has no memory of leaving the bar. ▮ said she has no other memories at the Double U. Her next memory is looking back at ▮ while in a car. ▮ recalled that ▮ was tilted in her seat in the back. ▮ said she was in the front seat of the call. ▮ said she now knows Cephus' friend ▮ was in the car as well, but personally is only certain ▮ was in the car. ▮ has no memory of going into the apartment. ▮ believes her memory is inconsistent because she was drunk.

The next memory ▮ recalls is ▮ and her laying on the bed possibly without clothes. ▮ looked at ▮ and asked "Is this really happening right now?" ▮ says ▮ did not answer ▮'s question but ▮ looked scared and her eyes just "widened." During this exchange, ▮ only recalls knowing ▮ and herself were in the room at that moment and does not know what prompted that feeling or question from her. While ▮ did not believe they were wearing clothing, she had no recollection of their clothes coming off. ▮ remembered not knowing where she was at that moment.

▮'s next memory is running out of the apartment and going home. ▮ said she does not know how she was able to get home but believes she called an Uber because she has an Uber receipt for 2:27 or 2:30am that day. ▮ said she only remembers running out of the apartment and being scared. She remembers going down some stairs that were gray or white like those of an apartment building (not a house). ▮ says she does not remember calling an uber, the uber ride or the driver.

▮ also has a vague memory of ▮ ▮, ▮, and Cephus coming to her room later that night. ▮ is unsure how they were able to get to her room or why they were there but she recalls just wanting them to leave. ▮ said it is possible that ▮ was just checking on her because she left the apartment so fast. ▮ said they may have gotten into her building if the door was left open.

▮ recalled that she was asleep when they arrived. ▮ does not remember everything they talked about while they were in the room. ▮ recalls asking where ▮ was and being really nervous and mad. ▮ said she does not recall how anyone replied to her question but she possibly told police. ▮ believed that Cephus contacted her (via text) while he was in her room. ▮ believes this took place while he was in her room just based on the time of the text message.[4] Cephus texted her "Daddy" and she responded "Hi." ▮ said she has no memory of exchanging these text messages. ▮ also stated that she asked that he tell her if he found her Juul.[5]

The investigators told ▮ about video of her leaving her dorm room while ▮, ▮, and Cephus were still in the room. ▮ was not certain but she said she was possibly looking for her

---

[4] This text message is included in the case file.
[5] Juul is a tobacco company that sells electronic cigarettes. https://en.wikipedia.org/wiki/JUUL

friend ▮ ▮ in his room which is near the elevators or the den/lounge where ▮ usually hangs out. ▮ said she did text ▮ either in the Uber or once back in the room to ask him to come to her room. ▮ did not answer the message until the next day. (▮ said she has not since told ▮ what happened and dismissed her earlier text as personal issues.)

▮'s next memory is communicating with ▮ via text the next day. ▮ said this is how she learned about the sexual assault. ▮ said she initially did not believe ▮ because she was confused and had no memory. ▮ said ▮ told her she saw it happened and that it happened to her too. ▮ said it is these text messages that triggered the memory of her and ▮ on the bed. ▮ said she thinks she possibly called ▮ after exchanging those messages.

Relationship between Involved Parties:

Prior to this night ▮ said she knew of Cephus and ▮ before but did not know them. Earlier that day Cephus sent her a message on Instagram of one of her pictures with a kissy face. ▮ believes this message was sent after ▮ met him earlier that day. ▮ said she understood that during that earlier meeting ▮ told them that ▮ was cool and that they were best friends so Cephus sent her a message around 6:00 p.m.

After that night:

▮ stated that she left school that Sunday. ▮'s mom picked up her and ▮ up from the hospital, they packed up everything from the dorm rooms, and they returned home. At the time ▮ did not know she was going home for the rest of the academic year.

▮ said once at home she was really depressed. ▮ said she stayed in her room for three weeks and slept until 3:00 p.m. daily. ▮ said she did not do anything until she had to work on her finals.[6] ▮ recalled that she did not eat a lot. ▮ said she did speak with a therapist.

▮ said that since the incident she thought she was not going to return to UW-Madison because she did not want to be in school while he [Cephus] was in Madison. Then she learned he was suspended and though maybe she could return because the university was taking her concerns seriously, however upon learning that Cephus' suspension had been lifted she feels like "things are up in the air." Overall, ▮ said there were a lot of ups and downs throughout the summer. In summary she said "It was a bad summer."

Possible Witnesses:

▮ believes ▮ was too intoxicated. ▮ spoke with her in May and told her what happened and asked if she was "wrapped up in it." ▮ said ▮ told her she does not know anything.

▮ ▮ at ▮ ▮.

---

[6] Investigators are aware that ▮ may have received incompletes for some of her courses, and therefore it is possible that some of her finals were completed outside the standard academic semester calendar.

███ ██████.

███ said that the girls from her sorority and others with her at the Double U were possibly too drunk to serve as witnesses.

Forensic Nurse Exam: ███ stated that a full forensic exam was done however the District Attorney does not want that information released. ███ did state that she was sore for the next week following the incident. ███ said there may have been other pain but she was in so much shock that she might not have processed it.