## FW: Cephus complaint

| | |
|---|---|
| **From:** | "cathleen trueba" |
| **To:** | LAUREN HASSELBACHER <lauren.hasselbacher@wisc.edu> |
| **Date:** | Mon, 20 Aug 2018 16:02:37 -0500 |
| **Attachments:** | Complaint_3 - Cephus, Quintez R.pdf (143.38 kB) |

Are you still in house fellow training?

---

**From:** Raymond Taffora
**Sent:** Monday, August 20, 2018 3:26 PM
**To:** Cathleen Trueba <cathy.trueba@wisc.edu>; LAUREN HASSELBACHER <lauren.hasselbacher@wisc.edu>
**Subject:** FW: Cephus complaint
**Importance:** High



**From:** Raymond, Andrea <Andrea.Raymond@da.wi.gov>
**Sent:** Monday, August 20, 2018 2:54 PM
**To:** Raymond Taffora <ray.taffora@wisc.edu>
**Cc:** Ozanne, Ismael <Ismael.Ozanne@da.wi.gov>
**Subject:** cephus complaint

Attached is the criminal complaint for the Quintez Cephus matter. At this time we will not be releasing anything beyond the criminal complaint. ABR

IA: 8/23/18 @ 10:30 A.M.
Assign to Branch

| STATE OF WISCONSIN | CIRCUIT COURT | DANE COUNTY |

STATE OF WISCONSIN
    Plaintiff,

vs.

QUINTEZ R CEPHUS
1216 Spring St Apt 210
Madison, WI 53715
DOB:
Sex/Race: M/B
Eye Color:
Hair Color:
Height:
Weight:
Alias:
    Defendant,

Ref. Agency: Madison (City) Police Department
DA Case No.: 2018DA004646
Assigned DA/ADA:
Agency Case No.: 2018-00141731

Court Case No.: 2018CF_____
ATN:

*For Official Use*

**CRIMINAL COMPLAINT**

**The below-named complaining witness being first duly sworn states the following:**

### Count 1: THIRD DEGREE SEXUAL ASSAULT

The above-named defendant on or about Sunday, April 22, 2018, in the City of Madison, Dane County, Wisconsin, did have sexual intercourse with VICTIM #1, without that person's consent, contrary to sec. 940.225(3)(a), 939.50(3)(g) Wis. Stats., a Class G Felony, and upon conviction may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than ten (10) years, or both.

### Count 2: SECOND DEGREE SEXUAL ASSAULT

The above-named defendant on or about Sunday, April 22, 2018, in the City of Madison, Dane County, Wisconsin, did have sexual intercourse with a person, VICTIM #2, who was under the influence of an intoxicant to a degree which rendered that person incapable of giving consent, and the defendant had the purpose to have sexual intercourse with the person while the person was incapable of giving consent, contrary to sec. 940.225(2)(cm), 939.50(3)(c) Wis. Stats., a Class C Felony, and upon conviction may be fined not more than One Hundred Thousand Dollars ($100,000), or imprisoned not more than forty (40) years, or both.

### FACTS:

Your complainant is a Court Officer with the City of Madison Police Department and for this complaint is relying on the written police report(s) submitted by City of Madison Police Officer(s) Eric McCarthy, Detectives Julie Johnson, Taya Dolsen, and Shawn Kelly.

Officer McCarthy reports on April 22, 2018, at 4:33 a.m., he was dispatched to Meriter Hospital to meet with an individual, who was fully identified at the time but for the purpose of this complaint will be known as VICTIM 1, who wanted to report a sexual assault. When Officer Needelman and Officer McCarthy initially entered VICTIM 1's room, there was a strong odor of

08/20/2018

BOR_023253

intoxicants. VICTIM 1 was barely able to lift her head and she never even opened her eyes during the interview. VICTIM 1 said she did not feel well and at one point the interview stopped as she threw up.

VICTIM 1 identified the suspect as Quintez Cephus, the defendant herein, and the location of the assault as the defendant's apartment, 1216 Spring Street, Apartment 210, in the City of Madison, Dane County, Wisconsin.

Det. Johnson reports she spoke with VICTIM 1 who stated she had been introduced to the defendant by a mutual friend on Saturday afternoon. The defendant then asked what VICTIM 1 and her friends were going to do that night, and asked if they wanted to meet up later. VICTIM 1 stated the defendant told her that they should go to the Double U because that is where he was going to go after the football party. VICTIM 1 stated the defendant told her if they want to hang out after that they could all come to his and his roommate's apartment, and she told him yes. VICTIM 1 stated at 11:28 p.m., she got a text from the defendant telling her to go to the Double U now. VICTIM 1 stated that VICTIM 2, who was fully identified at the time but for the purpose of this complaint will be known as VICTIM 2, was really drunk when VICTIM 1 introduced VICTIM 2 to the defendant, "He seemed like he was a gentleman. And he was completely sober." VICTIM 1 stated she offered the defendant some of her drink and he said, "No, I am driving." VICTIM 1 stated the defendant told her he wouldn't even take a drop and he is not going to risk it because he is driving. VICTIM 1 again said, "So he is fully sober."

VICTIM 1 stated, "I was dying," and clarified that she meant she was "drunk." VICTIM 1 stated she doesn't remember much about the bar and the defendant asked her if they wanted to go hang out because the bar was really crowded and she told the defendant yes, so the defendant drove them to his place, but she couldn't remember the drive at all. Det. Johnson asked VICTIM 1 if VICTIM 2 was more intoxicated than her and VICTIM 1 said they were equally intoxicated.

VICTIM 1 stated she can't remember how it happened but the next thing she knew is that she looked over and saw that VICTIM 2 was lying next to her on a bed, and they were both naked. VICTIM 1 stated the defendant was kneeling over them on the bed and VICTIM 1 said, "I was so out of it, I was just kind of limp." VICTIM 1 stated she remembered that at one point the defendant was fingering both of them. VICTIM 1 said, "It wasn't like we were into it or anything. I was so disgusted I couldn't move. I was like about to…I literally thought I was going in and out of consciousness."

VICTIM 1 said the defendant started having sex with VICTIM 2, and while he was having sex with VICTIM 2 he had his hand on VICTIM 1's neck. VICTIM 1 said, "He wasn't like choking me or anything he just like had it on there." As VICTIM 1 stated this, she demonstrated by placing one of her hands around her throat and said, "I was frozen." VICTIM 1 stated that the defendant was trying to get VICTIM 2 to touch his penis and VICTIM 2 said, "I am not doing that." VICTIM 1 stated the defendant then pulled VICTIM 1 up and put her face on his penis. VICTIM 1 stated the defendant was trying to get his penis in her mouth and her head was nodding up and down and her eyes were closed and she fell back on the bed, and fell back asleep.

VICTIM 1 stated VICTIM 2 said something like, "I am too tired," and then the next thing she knew was the defendant was having sex with VICTIM 2. VICTIM 1 said, "He was like telling

me to suck on her boob," and "I kept saying no." VICTIM 1 said, "He was trying to put my face on her Victim 2's chest." VICTIM 1 stated she then blacked out and woke up on the floor and the defendant was having sex with her from behind and was pulling her hair hard. VICTIM 1 said, "It hurt." VICTIM 1 stated she was just lying on the floor and she saw a light going off. VICTIM 1 said, "So I like woke up and looked behind me and he and his roommate ▮▮▮▮ ▮▮▮▮ were taking pictures of me." VICTIM 1 stated the defendant and ▮▮▮▮ were laughing and she said she struggled to get up. VICTIM 1 reports it took her approximately 10 minutes to get up and "He [defendant] told me to go back to bed. He was so mean. I told him how about you delete…I fucking hate you." VICTIM 1 stated the picture was of VICTIM 2 lying on the bed under the covers and VICTIM 1 was on her stomach naked.

VICTIM 1 confirmed that when the defendant assaulted her it involved his penis in her vagina. Det. Johnson asked VICTIM 1 if the defendant's penis actually went into her mouth and she said, "I am really not sure. I know it was touching my mouth. I know he was really trying to put it in and I was like no." VICTIM 1 stated when the defendant first started having sex with her she was on her back. VICTIM 1 said, "And then he started having sex with her VICTIM 2, and I like flipped over on my stomach and tried to go to sleep." VICTIM 1 said, "I was like trying to fall asleep so it wouldn't happen anymore. And then VICTIM 2 said she was too tired so he pulled up my hips and started having sex with me." VICTIM 1 stated the defendant again put his penis in her vagina and she then somehow ended up on the floor and the defendant was having sex with her on the floor. VICTIM 1 stated the defendant was thrusting really hard and it hurt. VICTIM 1 said, "I think I said ow and he just kept going." Det. Johnson asked VICTIM 1 what position she was in on the floor and she said, "The same. From behind," "I was literally lying down. I was just collapsed on the ground and he somehow had my hips up." VICTIM 1 said, "It wasn't like you would normally have sex like with your hips up, I was literally lying on the ground."

Det. Johnson asked VICTIM 1 if she was feeling pain anywhere and she said the defendant caused pain to her vagina and her head hurt when the defendant pulled her hair. VICTIM 1 said she wouldn't think someone would want to have sex with someone who is passed out. VICTIM 1 stated, "I remember I was crying a lot and he kept telling me to stop tripping." VICTIM 1 again said she never consented to having sex with the defendant or to him hurting her. VICTIM 1 said she felt like she "froze" and couldn't move.  VICTIM 1 showed Det. Johnson messages that VICTIM 1 had sent to one of her friends while she was still lying on the defendant's bed and two of the messages said "Raped."

Det. Taya Dolsen spoke with VICTIM 1 on May 3, 2018.  VICTIM 1 stated she recalled going back into the defendant's room after initially leaving the bedroom "to find VICTIM 2." VICTIM 1 said she walked in and saw the defendant lying on the bed next to the wall and VICTIM 2 lying next to him. VICTIM 1 said there was a blanket over both of them and the front of the defendant was against the "back" of VICTIM 2. VICTIM 1 said she could see the defendant moving under the blanket but not sure what he was doing. VICTIM 1 said VICTIM 2 was "just lying there" and her eyes were closed.

VICTIM 1 said she walked up to the side of the bed and pulled VICTIM 2's arm. VICTIM 1 said VICTIM 2's arm "just flopped back down." Det. Dolsen asked VICTIM 1 if VICTIM 2 pulled her arm away and she said "no, it just dropped down." VICTIM 1 said she nudged VICTIM 2 while telling her to "get up, get up." Det. Dolsen asked VICTIM 1 if VICTIM 2's eyes were open and she said VICTIM 2 "looked possessed." VICTIM 1 clarified that she could see that VICTIM 2's

"eyes rolled back." VICTIM 1 said "I could see the whites of her eyes." Det. Dolsen asked if VICTIM 2 said anything and VICTIM 1 said "it was hard to understand her. I think she said sex." VICTIM 1 said VICTIM 2 eyes closed again. VICTIM 1 said the defendant yelled at her to "get out." VICTIM 1 said the defendant yelled to ▇▇▇ "come get her out of here." VICTIM 1 said the defendant told her, "come back in 20 minutes."

Det. Dolsen reports on page 15 of the FNE Report (diagram) of VICTIM 1, it stated: "tear to the fossa navicularis, abrasions to the posterior fourchette and reddened abrasions on the interior labia minora."

Det. Johnson reports on Monday, April 23, 2018, she spoke with VICTIM 2 about the incident. VICTIM 2 stated she went to dinner with some friends and afterwards went to the dorms and started drinking there. VICTIM 2 said she continued to drink while at Double U. VICTIM 2 stated at the Double U, she doesn't remember Q, who was identified as the defendant, asking her name and she doesn't know if she was ever actually introduced to him. VICTIM 2 said the next thing she remembered was a "snapshot of being in Q's car," and, "I black out and remember snapshots." VICTIM 2 stated, "The next snapshot I have is me sprinting out of the apartment crying," around 2:30 a.m. VICTIM 2 stated she has no idea why she was crying or why she ran out of the apartment. VICTIM 2 said, "I don't remember getting home. I don't remember walking into my apartment. I don't remember anything else."

VICTIM 2 stated the next day, April 22, 2018, at 7:00 a.m.; VICTIM 1 called her and told her she was at the hospital. VICTIM 2 stated, "I was really confused. I kept thinking why was she at the hospital?" VICTIM 2 stated VICTIM 1 told her, "She was getting a rape kit done and you should come too." VICTIM 2 stated she asked VICTIM 1, "Why, did he have sex with me, and said [VICTIM 1] said yes." VICTIM 2 stated she had no memory of having sex with anyone that night because she was in a black out.

VICTIM 1 heard VICTIM 2 tell the defendant that she was too tired to have sex because she was falling asleep. VICTIM 2 said, "But she said he did anyway." VICTIM 2 said she had no idea [referring to sexual intercourse]. Det. Johnson asked VICTIM 2 how she felt when VICTIM 1 told her the defendant had sex with her and she said, "I was shocked because I have no memory of it. I was grossed out. We don't know this guy. I was so very confused. I was thinking how could this happen? I know I would never consent to have sex with someone I don't know." VICTIM 2 stated she never met the defendant before she saw him at the Double U. VICTIM 2 stated she doesn't believe she ever consented to having sex with the defendant and is willing to pursue a complaint.

Det. Shawn Kelly reports that on April 22, 2018, he spoke with the defendant's roommate, ▇▇▇▇▇▇▇▇▇▇ stated that he had been with the defendant, VICTIM 1, and VICTIM 2 during the previous evening. ▇▇▇ stated that while at the Double U, he saw VICTIM 1 do a shot of alcohol and also drink a cranberry and vodka drink, and although he didn't see VICTIM 2 drink, he stated she was drunk due to the way she was carrying herself. ▇▇▇ recalled that at one point in the night, VICTIM 1 sat down on the ground in the middle of the bar while holding onto a drink, and he stated that her friends had to convince her not to do that and to stand back up.

Det. Johnson reports that on Sunday, April 22, 2018, she spoke with the defendant. The defendant told Det. Johnson that he had just met VICTIM 1 on April 21, 2018 and they did

have sex but said, "It was all good. She was all into it." Det. Johnson asked him what happened when they got to his apartment and he said, "Shit me and VICTIM 2 had sex and VICTIM 1. All in my room together."

Det. Johnson asked the defendant about the pictures and he said, "Shit I did not take no pictures." He then said, "Fuck it, fuck it. We got one picture and then she asked me to delete it. She was sitting right here and we and I deleted the picture. We went to our recent deleted pictures and deleted that shit too. It was one picture too." Det. Johnson asked the defendant who the picture was of and he said it was in his room and he said he did not remember who it was of. He denied sending it to anyone. It was taken on his roommate, ▓▓▓▓ phone.

**THIS COMPLAINT IS BASED ON the information and belief of your complainant, who is a Court Officer for the city of Madison Police Department, and who learned of the above offense from the reports of city of Madison Police Officer(s) Eric McCarthy and Detectives Julie Johnson, Taya Dolsen, and Shawn Kelly, which report your complainant believes to be truthful and reliable inasmuch as they were prepared during the course of the officer(s) and detective(s) official duties.

Further, your complainant believes the information furnished by VICTIM 1, VICTIM 2 and ▓▓▓▓▓▓▓ to be truthful and reliable inasmuch as they are citizen informant(s) and witnessed the events described.

Subscribed and sworn to before me on 08/20/18
Electronically Signed By:
Andrea B. Raymond
Deputy District Attorney
State Bar #: 1068164

Electronically Signed By:
Corey Nelson
Complainant