(Actual conversation)

appreciate work done on case                                8/14/19
both sides might sue
decide "what's right"

fast + unequivocal jury decision → can't ignore
    collateral info, videos important
doesn't feel she can parse difference — challenge anyone
                                            to distinguish

set aside SA, lift expulsion
retain form of SH charge — not frivolous
would allow him $ to decide to play here or elsewhere
doesn't take lightly overturning process
don't see much other choice

— standard of review
— not exceptional
— criminal process

→
will say no one goes through this process
judgment of evidence

Exhibit 524 - 001

BOR_037671　Confidential