

**Office of Compliance**
UNIVERSITY OF WISCONSIN-MADISON

### Date of Final Investigative Report: October 9, 2018

This report addresses alleged violations of University of Wisconsin System Administrative Code Chapter 17 (UWS Chapter 17). Lauren Hasselbacher, Title IX Coordinator in the Office of Compliance (OC) with the assistance of Jennifer Horace, Title IX/EO Investigator, conducted the investigation into these allegations. This report will be used to determine whether it is more likely true than not true that there has been a violation of UWS Chapter 17.

### Alleged Violations:

On May 29, 2018, a Notice of Charge (NOC) was sent to Respondent (R1); an Amended Notice of Charge was sent on May 31, 2018.[1] The NOC informed R1 that the Office of Compliance was commencing an investigation pursuant to UWS Chapter 17. The NOC sent to R1 stated that the specific allegations were as follows:

*It is reported that on or around April 22, 2018, you engaged in sexual activity with Comp1 and Comp2, undergraduate students, despite the fact that they were incapacitated from alcohol and unable to provide consent. Specifically, it is reported that you digitally penetrated Comp1 and Comp2 and then engaged in sexual intercourse (by inserting your penis into their vaginas) multiple times with both Comp1 and Comp2. It is also reported that you took photos of Comp1 and Comp2 while they were undressed and without their permission.*

The NOC informed R1 that such conduct could possibly violate the following provisions of UWS Chapter 17:

*In regards to Comp1:*

1. 17.09(2) Sexual Assault, Second Degree, as defined in Wis. Stat § 940.225(2)(cm) ("sexual contact or sexual intercourse with a person who is under the influence of an intoxicant to a degree which renders that person incapable of giving consent if the defendant has actual knowledge that the person is incapable of giving consent and the defendant has the purpose to have sexual contact or sexual intercourse with the person while the person is incapable of giving consent").

2. 17.09(2) Sexual Assault, Third Degree, as defined in Wis. Stat § 940.225(3)(a) ("Whoever has sexual intercourse with a person without the consent of that person…")

3. 17.09(12) Violation of Criminal Law, as defined in Wis. Stat § 942.09(2)(am)(1) ("Captures an intimate representation without the consent of the person depicted under

---

[1] The original Notice of Charge incorrectly identified the date of the alleged misconduct as May 22, 2018 and misstated a detail of the allegations. The Amended Notice of Charge corrected the date to April 22, 2018 and clarified the allegations and relevant charges.

circumstances in which he or she has a reasonable expectation of privacy, if the person knows or has reason to know that the person who is depicted does not consent to the capture of the intimate representation.")

4. 17.09(19) Sexual Harassment, conduct defined in the UW-Madison Policy on Sexual Harassment and Sexual Violence.

*In regards to Comp2:*

5. 17.09(2) Sexual Assault, Second Degree, as defined in Wis. Stat § 940.225(2)(cm) ("sexual contact or sexual intercourse with a person who is under the influence of an intoxicant to a degree which renders that person incapable of giving consent if the defendant has actual knowledge that the person is incapable of giving consent and the defendant has the purpose to have sexual contact or sexual intercourse with the person while the person is incapable of giving consent").

6. 17.09(2) Sexual Assault, Third Degree, as defined in Wis. Stat § 940.225(3) (a) ("Whoever has sexual intercourse with a person without the consent of that person…")

7. 17.09(12) Violation of Criminal Law, as defined in Wis. Stat § 942.09(2)(am)(1) ("Captures an intimate representation without the consent of the person depicted under circumstances in which he or she has a reasonable expectation of privacy, if the person knows or has reason to know that the person who is depicted does not consent to the capture of the intimate representation.")

8. 17.09(19) Sexual Harassment, conduct defined the UW-Madison Policy on Sexual Harassment and Sexual Violence.

## Jurisdiction:

UWS Chapter 17 extends to student misconduct that occurs on university lands or at a university-sponsored event. It also extends to misconduct outside of university lands when, in the judgment of the investigating officer, the conduct adversely affects a substantial university interest. The misconduct alleged in this report constitutes or would constitute a serious criminal offense and/or indicates that the student presented or may present a danger or threat to the health or safety of himself, herself or others.

## Standard of Proof

The standard of proof required for a finding of responsibility is a "preponderance of evidence," i.e., the information gathered would persuade a reasonable person that it is more probably true than not true that the R1's actions violated university policies.

2

**Involved Parties:**

R1, Comp1 and Comp2 are undergraduate students at UW-Madison.

Pursuant to Chapter 17, both Complainants (Comp1 and Comp2) and R1 were given the opportunity to provide names of potential witnesses,[2] provide relevant information, have an advisor of their choice present at all meetings with the investigator, and were referred to relevant campus resources for support. Four relevant witnesses were interviewed, those statements are included below.[3] Additionally, two witness statements were provided by R1's attorney; these witnesses declined to participate in interviews with the OC. The witnesses will be identified herein as W1 – W6 . R2, a friend of R1's, and P1, a friend of Comp1 and Comp2, are other involved parties. All are UW-Madison undergraduate students.

The statements summarized in this report are based on interviews with both Complainants and other relevant witnesses.[4] This report also contains information from the police investigation as described in a criminal complaint[5] (See Attachment A).[6] This summary should not be construed as a comprehensive record of information provided to the investigators. Rather, this summary is a synopsis of the relevant information provided during the course of the investigation as interpreted by the investigators. A complete record of information provided by both parties is maintained in the investigative file.

**Background:**

On Monday, April 23, 2018, the OC was notified by Comp1's father that she had experienced a sexual assault over the weekend. On Tuesday, April 24, 2018, Comp2's father notified the university of the same regarding Comp2. Outreach was made to both Comp1 and Comp2 and both parties requested No Contact Directives against R1 (issued on April 30, 2018 and May 1, 2018 respectively). Initially, because they had already participated in interviews with Madison Police Department (MPD), both Comp1 and Comp2 opted not to participate in an additional interview with the OC. Lacking details regarding the allegations, the OC was not able to initiate an investigation. Then, on May 24, 2018, Comp1 submitted a two page written statement detailing the allegations of events that occurred early in the morning of April 22, 2018. Permission was granted to share the statement with Comp2, and Comp2 confirmed the accuracy of the statement to the best of her recollection.

Based on the information available, the OC determined a full investigation into the allegations was appropriate. On May 29, 2019, the OC issued a Notice of Charge to R1 and the Amended Notice of Charge on May 31, 2018. Between May 31, 2018 and August 29, 2018, the

---

[2] Ultimately, the OC determines which witnesses, if any, to interview based on an assessment of their relevancy to the matter in each case.

[3] The OC contacted an additional three witnesses who declined to participate in interviews, including two people who submitted written statements via Respondent's attorney.

[4] R1 participated in the process in a limited manner via his attorney. R1 did not participate in an interview or provide a written statement about the allegations.

[5] "A document prepared by the District Attorney's Office which lists the criminal charges and summarizes the facts in support of those charges." See https://da.countyofdane.com/terms.aspx.

[6] The relevant Madison Police Department report was not available at the time the investigation concluded. Additionally, the OC was not given an indication that the report would be available any time in the near future.

OC collected relevant documentation and interviewed four witnesses who were believed to have relevant information to this matter. R1 participated in a limited manner via his attorney.

On August 31, 2018, the OC notified Complainants and Respondent that they each had the opportunity to review the Initial Investigative Report containing the relevant information obtained from the investigation prior to any fact-findings or conclusions. The OC informed the parties they could provide the OC with any statements, clarifications, or additions they felt were relevant to the investigation in writing no later than September 10, 2018. Following the initial deadline, additional relevant information was provided by parties and witnesses and subsequently added to the report. In order to allow all parties to review relevant information, an Amended Initial Investigative Report was issued on September 21, 2018, and a Second Amended Initial Investigative Report was issued with additional information on October 2, 2018. Any information provided by the parties and witnesses is included below to the extent it is relevant.[7]

**Complainant Statements:**

*Comp1 Written Statement:*[8]

During the afternoon of [April] 21 2018,[9] I was invited to go bowling with my friend [W6]. We were picked up by [R1] and [R2] who I had never met before. During bowling we all talked about meeting up together that night at the bars. After they dropped me off, [R1] messaged me over instagram message about meeting later at the UU and hanging out after. I assumed he was going to be with [W6] since we had all been talking about meeting all together. I first went out with a big group of friends and left Brats with my friend [P1] to go to the UU.

It was outside the Double U that we met [R1] and [R2]. The bar did not check our identification because the bouncer knew [R1] and just waived us in.

My friend [Comp2] was already inside of the UU. I had a considerable amount to drink that night and specifically a lot to drink before I got to the bar. I became highly intoxicated. I do not remember much from the bar but I remember that another friend, [W2], came up to me and said to me, "You're really drunk." I also remember that I offered [R1] a sip of my drink, but he refused, saying that he wasn't drinking because he had to drive. I also remember people pulling me off of the bar floor, but I do not recall who it was.

At some point later in the evening or early in the morning of May 22 2018, [Comp2], [P1] and I were driven by [R1] to an apartment. I do not recall the details of the drive. Nor do I recall how I got into the apartment.

---

[7] All information provided by parties, regardless of whether it is included in the Final Investigative Report, is included in the investigative file which is made available to the Office of Student Conduct and Community Standards for decision making.
[8] This statement was provided to the OC on May 24, 2018. Complainant stated that "I am not providing the same level of detail that I have previously shared with the Madison Police detectives who interviewed me."
[9] Comp1's written statement cited May 21, 2018 as the date. She later clarified in email she was referring to the same dates in April 2018.

4

I remember realizing that I was naked and lying on a bed in a bedroom of the apartment next to [Comp2] who was also naked. I recall [R1] putting [Comp2]'s hand on his penis and her saying, "I'm not doing that." He then attempted to get me to perform oral sex on him, but after a lack of cooperation he gave up and began to finger us both simultaneously.

[Comp2] was lying next to me, also naked. The times that I remember looking at her I could not tell if she was conscious or not. [R1] began to have sexual intercourse with her. While doing so, he put his hand on my chest and kept it there. Then he told me to suck on [Comp2]'s breast but I refused and [Comp2] also said no. I recall [Comp2] multiple times repeating, "No I'm too tired." at which point he would switch to having vaginal intercourse with me before switching back to her. I remember this repeating a couple times.

The next thing that I distinctly remember is that I was lying on my stomach, still naked, and I felt my leg being lifted. Then [R1] began to have sexual intercourse with me from behind.

After that I either became unconscious or fell asleep. I woke up on the floor, still naked, to flash pictures being taken of my naked body and to the laughter of [R1] and [R2]. When they realized I was awake they went to the other room where I followed them and became upset. I recall yelling at [R1] to get away from me and to delete the pictures.

There is a period of time after this that I do not remember. I think I may have fallen asleep on the ground of the living room after [R2] put my clothes back on for me.

In attempt to get all of my friends and leave I ran back into [R1]'s room to get [Comp2]. Her eyes were rolling up to the back of her head and they were both under the covers. He was behind her on his side and I could not tell if he was penetrating her or not under the covers. He told me to come get her in twenty minutes and when I refused to leave he called in [R2] to come in and get me to leave. I then went into the living room again.

[Comp2] apparently had run out of the apartment. [R1] informed me that she had sprinted out in an upset manner. [R1] drove me and [P1] to Ogg Hall. When I got there I saw my friend [W4] who took me to my room. I do not remember telling him the story but I remember throwing up in my trash can, crying, and him getting pajamas for me. After I had apparently told him what happened he called the City of Madison Police. A detective arrived and took me to Meriter Hospital for a sexual assault examination. The detective told me that I was so intoxicated that the hospital personnel had to delay examining me until I was sober enough to sign the necessary consent forms.

At no time did I tell [R1] that I wanted to have sexual intercourse with him. I did not consent to any sexual contact by or with [R1].

*Comp1 Interview:[10]*

Comp1 indicated that she started her evening by pre-gaming at a friend's dorm room. Comp1 was unsure what time she started drinking nor does she remember exactly how much alcohol she consumed. Comp1 recalled drinking shots of vodka with no chasers and estimated that

---

[10] This is a summary of information Comp1 provided to OC investigators on July 27, 2018.

Confidential

BOR_035973

she consumed between six to eight shots. Comp1 clarified that she does not know how much she drank not because she was "super drunk" at that time but because she was not keeping track of her alcohol consumption. Comp1 estimated that she was pre-gaming in the residence halls for approximately 30 minutes but knows it was less than an hour. She stated that she was there because it was her friend W3's birthday.

Comp1 said the entire group went to Brats after pre-gaming. Comp1 does not recall exactly how long she was at Brats but believes she was there a substantial amount of time. Comp1 could not say how much alcohol she consumed while at Brats but would estimate she was at the bar counter approximately two or three times. She knows she was drinking "double[11] vodka cranberry with Sprite." Comp1 stated that she went from Brats to the Double U.

While at Brats, R1 messaged Comp1 via Instagram inquiring what she was doing that evening. Comp1 explained to the OC that while bowling earlier in the day with R1, R2, and W6, they agreed they would meet up later [that night] but they did not previously identify a specific location to meet. She responded to R1 saying that it was W3's birthday and they were out going to bars. R1 told Comp1 that he was going to a football party, then he would be out and said she should text him later that evening. R1 also sent his phone number. Comp1 said later that night, she texted him "Hi." R1 said they should meet at Double U. Comp1 said while they were messaging, she assumed that W6 was with R1. Comp1 agreed to meet and brought P1 with her to Double U.[12]

Comp1 says she does not remember much about her time at the Double U and said she was "pretty drunk" at this time. Comp1 explained that she planned to introduce Comp2 to R1 and P1 to R2 that night. She recalls being in line waiting to enter the Double U with P1 and they met R1 and R2 outside of the bar. Comp1 then remembers skipping the line with the entire group. Comp1 said W6 was not there and Comp2 was at Double U with other friends when Comp1 arrived.

While at the bar, Comp1 recalled seeing W6's roommate, W2. Comp1 stated she took a picture with W2 and sent it to W6 (See Attachment B). Comp1 remembers texting W6 because it was odd that he was not there with R1 and R2 because she had just met R1 and R2 while bowling that day. Comp1 stated that W6 responded to messages but did not come out to the bars. In her responses W6 said he was not feeling well. W6 stated that he would "run it out." Comp1 clarified she does not remember exchanging these messages but according to her phone she did.

Comp1 said she recalls W2 holding her shoulders and saying she was really drunk. Comp1 said she also recalled being on the floor and someone pulling her up. Comp1 does not know who helped her up and she did not recall this event until a Detective asked her about it later.

Comp1 does not know how many drinks she had that night. Nor does she recall who paid for her drinks that night. She also does not know if she was getting her own drinks that night or if

[11] A "double" in this case means double the vodka not a larger size drink. This was confirmed by Comp1 during the interview.
[12] Comp1 said she no longer has access to these text messages because R1 deactivated his Instagram account. Comp1 stated that when someone deactivates their account all messages with them are deleted. Comp1 provided these messages to the police department and believes they should have access to this information.

someone else was. The only reason Comp1 says she knows she was drinking at the Double U that evening was because in the photo of her and W2 she was holding a cup. While at Double U, Comp1 recalls offering R1 a drink but he declined the drink because he was driving.

Comp1 did not know how the group decided to leave the bar. Comp1 does not remember walking to a car or the car ride. She has a brief memory of sitting in a car and sitting behind R1, who was driving. In the memory, R1 is reaching back and putting his hand on her hand. She reported that five people went back to the apartment.

Comp1 does not remember getting out of the car or walking to the apartment building. She says she does not know if she walked however, she understands there is a video of her walking to the apartment. Comp1 stated she has not seen the footage.

Her next memory is in a dark room lying next to Comp2. Comp1 said Comp1 was not wearing clothes. R1 was not in the room. Comp1 said she was really drunk in this moment and was not analyzing the situation. Comp1 said she looked at Comp2 and was confused.

Comp1 said she does not remember R1 entering the room but her next memory is R1 attempting to get Comp2 to perform oral sex on him. Comp1 was unable to say if R1 was wearing clothes and said it was dark and she was lying down however it is possible he was wearing a shirt. Comp1 said she knows he was not covered on his lower half because while attempting to get Comp2 to perform oral sex, he was placing her hand on his genitalia. Comp1 said R1 took Comp2's hand and placing it on his penis. Comp1 recalls Comp2 saying "No, I'm not doing that" when R1 put Comp2 hand on his penis.[13] Comp1 said R1 then attempted to raise Comp2's head and then she fell back down. Comp1 said it was like Comp2 was "levitating." Comp1 stated that R1 also attempted to get Comp1 to perform oral sex as well, however she said either said no or simply refused to cooperate. Comp1 recalls that he was actively trying to get his penis in her mouth despite her not actively performing oral sex on him and his penis was briefly in her mouth at one point. They were all on the bed while this was occurring; Comp1 said she is unclear if R1 was in the middle of her and Comp2 or over the top of them on the bed.

Comp1 does not recall any sexual activity prior to what is described above but that she also does not have any memory how their clothes were removed therefore she believes sexual contact may have occurred prior to this act.

Comp1 next recalls R1 penetrating them both with his fingers. Comp1 confirmed that R1 then had sexual intercourse with Comp2. Comp1 reported that while R1 was engaging in intercourse with Comp2 his hand was on Comp1's chest, closer to her neck than her breast. Comp1 said that R1's hand was not forceful but it was firm.

Comp1 reported the R1 had sex with her multiple times while she was on her back and stomach. She was unable to report how many time she was switched by him because she was falling asleep or was in and out of consciousness. Comp1 reported that she recalled one of the

---

[13] Comp1 provided this statement after reviewing the Initial Investigative Report.

Confidential    Exhibit 537, page 7    BOR_035975

times while she lay on her stomach, R1 lifted her leg in order to have sex with her. When she woke up she was on the floor but Comp1 is unsure how she got onto the floor.

Comp1 said that when she told Comp2 via text the next morning she "couldn't move" during the sexual activity, she meant that should could not move due to shock not because she was physically unable.

Regarding the photos, Comp1 said she recalls awaking due to hearing the sound a phone makes when taking a photo, hearing laughter from R1 and R2, and a flashing light. Comp1 said that when R1 and R2 saw she woke up, they ran out the room and she ran out the room behind them. She recalled saying something to R1 and he responded, "We'll delete them." She stated that she did see a couple of photos on a phone. In one photo, Comp1 saw herself on her stomach naked on the floor next to the bed. In another photo Comp2 was in the bed and either, a part of face was showing or back of head was showing. Comp1 said she does not recall if Comp2 was naked or covered but Comp2 was definitely not awake and was not looking at the camera. Comp1 does not believe that any video was taken but is not sure because she was not paying attention. Comp1 said multiple photos were taken of her and Comp2. Comp1 watched R1 delete the photographs from the camera on his phone.

Comp1 was also unsure to whom the phone belonged. Initially she thought it was on the phones of both R1 and R2 because she heard the sound of multiple "clicks" but later detectives informed her that the photos were only found on R2's phone so it is possible that R1 took photos on R2's phone or they took the photos together.

Comp1 stated that generally, if she does not remember certain information from that night it is because she was either passed out or asleep during some of this period of time.[14]

When Comp1 left the bedroom, she had a blanket from R1's bed wrapped around her body. While in the living room, R1 ripped the blanket off her, leaving Comp1 naked.[15] Complainant said she believes she then had a panic attack, because she recalls R1 reacting to her saying, "That's creepy." Comp1 recalls R1 then told R2 to help her out. Comp1 said R1 then went back into the bedroom with Comp2. Comp1 said she [Comp1] was crying. Comp1 said R2 kept telling Comp1 it was okay and to try not to cry. Comp1 recalls R2 trying to put her clothes on her body.

Comp1 said she realized she did not know where P1 was and started to look for her. Comp1 asked R2 if he had hooked up with P1. R2 responded, "No. She was too drunk." Comp1 said she was looking for everyone so they could leave. Comp1 recalled that her phone was dead and therefore she was unable to call P1. Comp1 believed R2 was drunk as well, because he was rolling around acting goofy. Comp1 found P1 in a room by herself where she had been sleeping. P1 woke up as Comp1 entered the room. Comp1 recalled that P1 was wearing all of her clothes.

---

[14] Complainant clarified the statement that was included in the Initial Investigative Report, which stated that memory loss was "not because she was asleep but rather passed out."
[15] Complainant added this detail after reading the Initial Investigative Report.

After finding P1, Comp1 went to look for Comp2. Comp1 found R1 in the room with Comp2. Comp1 felt herself starting to sober up. She said to Comp2 "Let's go. Get your stuff." When she entered the room she saw Comp2 on her side. Both Comp2 and R1 were under the covers but Comp1 was unable to see if anything was happening. When she touched Comp2's face, Comp2's eyes opened and her eyes rolled to the back of her head. R1 stated "You can have her back in like 20 minutes." Then R1 stated "[R2] come get her." At this time, R2 guided Comp1 out. Comp1 was crying. P1 was in the living room. R1 then said Comp2 ran out, that she was really upset and said she was going to kill someone. Comp1 did not see her run out of the apartment. However Comp1 did recall R1 saying, "I have never seen someone run that fast." Comp1 was unable to remember the layout of the apartment but does recall a TV in the living room. Comp1 said Comp2 would have had to run past her to exit but she was not looking in that direction and missed it.

She remembers that she, P1, R2, and R1 left the apartment and went to the car. Comp1 does not recall if they took the stairs or the elevator. During the drive, R1 was driving really fast and Comp1 recalled saying something to him about his driving. P1 agreed with her comment and told R1 to stop driving so fast. Then R1 stated, "There she is" when he saw Comp2 walking.

Comp1 said she next remembers just getting out of car and running to Ogg where she lived. Later P1 told her that R1 did not let Comp1 out of the car when she first wanted to leave but Comp1 said to let her out and they eventually stopped the car, let her out, and she went to Ogg.

Comp1 stated that she spoke to P1 a couple of days later on FaceTime. During the conversation, P1 said she took R1 and R2 to Comp2's room to make sure Comp2 made it home okay. During this conversation Comp1 briefly told P1 about what happened. Comp1 said P1 told her she did not remember anything from the evening.

After the incident, Comp1 spoke to Comp2 and she did not recall much. Comp1 said Comp2 told her she does remember them looking at each other and Comp2 saying, "Is this really happening?" and Comp1 not responding. Comp2 also told Comp1 she remembers a brief time of them being in the car on the way to R1's apartment when she was in the passenger seat and Comp1 was in the back. Comp2 does not recall being with P1 that night, but does remember R1, R2, and P1 coming to her dorm room later that night. Comp1 said that evening Comp2 texted their friend W3. W3 did not respond to the message until the next day.

The next day Comp1 realized she sent something to a friend of hers, P2, on SnapChat. (See Attachment C). Comp1 said P2 responded later and asked if she was okay. Comp1 said she asked P2 to delete the message and not tell anyone about it, and she did not tell P2 what happened.

*Comp2 Interview:*[16]

Comp2 recalled that her night started with going to dinner with her friend W1 and W1's aunt who was visiting from out of town. No alcohol was consumed during dinner. After dinner, W1 and Comp2 went back to W1's room to drink prior to going to the bar. In W1's room, they

---

[16] This is a summary of information Comp2 provided to OC investigators on August 9, 2018.

drank three or four White Claws.[17] After leaving the dorm, Comp2 stated she and W1 walked to the bar. While walking to the bar, Comp2 described that she felt buzzed and was possibly walking "a little wobbly." Comp2 recalled arriving at the bar between 10:00-10:30 p.m. When Comp2 arrived at the Double U, Comp1 was not there and she did not arrive until approximately an hour and half later.

While at the Double U, Comp2 said she drank three to four larger Miller Lights,[18] half a shot, and some of "a bunch of peoples' drinks.[19]" Comp2 recalled knowing other people at the bar including a family friend and W1. Comp2 said while she was at the bar, Comp1 texted Comp2 and Comp2 told Comp1 she was at Double U. Comp2 said at this point of the evening she starts to lose memory and she eventually blacked out. Comp2 believes she cannot recall what occurred approximately 15 to 20 minutes prior to when Comp1 arrived at the bar.

Comp2 does not recall when she first saw Comp1 and does not remember speaking to Comp1 when she arrived at the Double U. However, Comp2 is certain the Comp1 was at the Double U and they were together. Comp2 does not specifically remember being at the bar with R1 and R2 either but has some memory of interacting with them. Comp2 said Comp1 also told her that she was with R1 and R2 at the Double U. Comp2 does not recall taking a photo while leaning on R1's chest at the Double U (See Attachment D[20]).

Prior to this night Comp2 said she knew of R1 and R2 before but did not know them. Earlier that day R1 sent her a message on Instagram of one of her pictures with a kissy face. Comp2 believes this message was sent after Comp1 met him earlier that day. Comp2 said she understood that during that earlier meeting Comp1 told them that Comp2 was cool and that she and Comp1 were best friends so R1 sent her a message around 6:00 p.m. (See Attachment E).

Comp2 is unsure how long she was at the Double U with Comp1 and has no memory of leaving the bar. Comp2 said she has no other memories at the Double U. Her next memory is looking back at Comp1 while in the front seat of a car. Comp2 recalled that Comp1 was tilted in her seat in the back. Comp2 said she now knows R2 was in the car as well, but she only recalls Comp1. Comp2 has no memory of going into the apartment. Comp2 believes her memory is inconsistent because she was drunk.

The next memory Comp2 recalls is Comp1 and her laying on the bed possibly without clothes. Comp2 looked at Comp1 and asked, "Is this really happening right now?" Comp2 says Comp1 did not answer Comp2's question but Comp1 looked scared and her eyes just "widened." During this exchange, Comp2 only recalls knowing Comp1 and herself were in the room at that

---

[17] White Claw is a Hard Seltzer that contains 5% ABV per serving. Information from the White Claw website. https://whiteclaw.com/faq.html. Comp2 said she is unsure exactly how many she consumed and said whatever is in the police report is the most accurate.
[18] Comp2 confirmed the cans were "tall boys" which are 24 ounce beers.
[19] When asked to estimate the amount of alcohol she consumed from others, Comp2 estimated she consumed approximately two mixed drinks. Comp2 believed it was possible some of what she consumed contained vodka, lemonade and cranberry.
[20] Non-redacted versions of these photos are available to review in the investigative file.

10

moment and does not know what prompted that feeling or question from her. While Comp2 did not believe they were wearing clothing, she had no recollection of their clothes coming off. Comp2 remembered not knowing where she was at that moment.

Comp2's next memory is running out of the apartment and going home. Comp2 said she does not know how she was able to get home but believes she called an Uber because she has an Uber receipt for 2:27 or 2:30am that day, although she does not recall calling the Uber or the ride (See Attachment F). Comp2 said she only remembers running out of the apartment and being scared. She remembers going down some stairs that were gray or white like those of an apartment building.

Comp2 also has a vague memory of P1, R2, and R1 coming to her room later that night. Comp2 is unsure how they were able to get to her room or why they were there but she recalls just wanting them to leave. Comp2 said it is possible that P1 was just checking on her because she left the apartment so fast. Comp2 said they may have gotten into her building if the door was left open.

Comp2 recalled that she was asleep when they arrived. Comp2 does not remember everything they talked about while they were in the room. Comp2 recalls asking where Comp1 was and being really nervous and mad. Comp2 said she does not recall how anyone replied to her question but she possibly told police. Comp2 believed that R1 contacted her (via text) while he was in her room based on the time of the text message (See Attachment G). R1 texted her "Daddy" and she responded "Hi." Comp2 said she has no memory of exchanging these text messages. Comp2 also stated that she asked that he tell her if he found her Juul.[21]

The investigators told Comp2 about video of her leaving her dorm room while P1, R2, and R1 were still in the room. Comp2 was not certain but she said she was possibly looking for her friend W3 in his room, which is near the elevators or the den/lounge where W3 usually hangs out. Comp2 said she did text W3 either in the Uber or once back in the room to ask him to come to her room (See Attachment H). W3 did not answer the message until the next day.

Comp2's next memory is communicating with Comp1 via text the next day. Comp2 said this is how she learned about the sexual assault (See Attachment I). Comp2 said she initially did not believe Comp1 because she was confused and had no memory. Comp2 said Comp1 told her she saw it happened and that it happened to her too. Comp2 said it is these text messages that triggered the memory of her and Comp1 on the bed. Comp2 said she thinks she possibly called Comp1 to talk after they exchanged those messages.

Comp2 stated that she left school that Sunday, April 22. Comp2 said her mom picked her and Comp1 up from the hospital[22] and they returned home. At the time, Comp2 did not know she was going home for the rest of the academic year. Comp2 said once at home she was really depressed. Comp2 said she stayed in her room for three weeks and slept until 3:00 p.m. daily.

---

[21] Juul is a tobacco company that sells electronic cigarettes. https://en.wikipedia.org/wiki/JUUL

[22] Comp2 stated that a full forensic nurse exam was done however the District Attorney's office requested that this information not be released. Comp2 did state that she was sore for the next week following the incident. Comp2 said there may have been other pain but she was in so much shock that she might not have processed it.

11

Comp2 said she did not do anything until she had to work on her finals.[23] Comp2 recalled that she did not eat a lot. Comp2 said she did speak with a therapist. Overall, Comp2 said there were a lot of ups and downs throughout the summer. In summary, she said, "It was a bad summer."

*R2's Statement:*[24]

• When we all went back to R1's apartment after being at the UU, I went into an extra bedroom (which was soon to become my bedroom after I moved out of my dorm) with P1. I saw Comp2, Comp1 and R1 walk into his bedroom.

• After spending some time in the room with P1 I went to the living room to sleep on the couch so that P1 could sleep in the bed. I noticed that R1's bedroom door was closed at that point.

• Later on in the night, R1 opened his door and called me over to his doorway. He asked me to take a picture. That's when I took one picture as I described to the Athletic Department.

• Right after I took the picture, and while I was standing in the living room, Comp1 came out of R1's room. I heard her tell R1 to delete the picture, so I deleted it right away. We showed her that the picture had been permanently deleted from my phone by showing her it was not in my pictures or recently deleted pictures. At no time did I laugh at Comp1 in a way to disrespect her. I had no idea of anything inappropriate or assaultive happening between the three of them in R1's room. And I did not see anyone having sex.

• R1 went back in his room with Comp2. While Comp1 and I were in the living room, I noticed that she was wearing her shirt but not her skirt. I told her I'd get the rest of her clothes for her. I went into R1's room and got her clothing for her. At that point she put on the rest of her clothes. Comp1 then went back into R1's room, and then came back out. Pretty soon after that, Comp2 walked out of R1's room and out the front door.

• At some point, Comp1 asked where P1 was. I went to my room, woke P1 up, and asked her to come to the living room.

• R1, Comp1, P1 and I left the apartment together. At that point everything seemed fine to me. We dropped Comp1 off at her dorm. R1, P1 and I went to Comp2's dorm to make sure she got home okay. We all talked for a while in her room. Then we left Comp2's room. I said goodbye to P1 and R1 dropped me off at Smith Hall, where I lived at the time…

• When I was interviewed by the police on April 22, 2018, I let them look at the pictures on my phone, and they did not see a picture from that night on it because it was immediately deleted, as Comp1 had requested.[25]

---

[23] Investigators are aware that Comp2 may have received incompletes for some of her courses, and therefore it is possible that some of her finals were completed outside the standard academic semester calendar.
[24] This written statement was provided to the OC on September 11, 2018, after R2 had reviewed the Initial Investigative Report. The statement appears as written by R2, with the exception of names being de-identified.
[25] The information in the last bullet point was added following the (first) Amended Initial Investigative Report.

*W1's Interview*:

W1 said she is roommates with Comp2 and they are in the same sorority. W1 said on the night in question, her aunt was in town and the three of them went to dinner. W1 said she had a drink with dinner but Comp2 did not. W1 said they went back to the dorms before going out for the night. W1 guessed that Comp2 drank two or three White Claws and maybe one beer. W1 said Comp2 did not drink any shots or hard alcohol at the dorms. W1 said she was drinking mixed drinks with liquor.

W1 said when they arrived at the Double U, other friends were there and she was not paying close attention to Comp2. W1 said she believes she and Comp2 did two shots (of something mixed like a "Kamikaze" or a "Lemon Drop") and she estimated that Comp2 likely had one or two more beers and maybe more White Claws.

W1 said with other people around, she did not know where Comp2 went, but then saw Comp2's friend Comp1 walk into the bar. W1 said she learned later that Comp1 was with football players. W1 said she saw Comp2 with Comp1 and initially said she did not see Comp2 with the players but then later said she saw them together briefly.

W1 said, based on her observations, Comp2 was "very drunk." W1 said she "wasn't falling down or anything," but she could tell she was very intoxicated and was leaning against a wall. W1 said when she briefly saw Comp2 talking to the players, that is when she could tell Comp2 was very drunk from "the way she was talking" meaning her eyes were more shut, her facial expression, she was talking super slowly, and she was leaning against something. W1 said the next morning after she spoke with Comp2 was when she realized how drunk Comp2 actually was.

W1 said when she had not seen Comp2 for a while, she texted her to ask her where she was a few times. W1 said Comp2 did not initially answer but then texted to say she was with Comp1. W1 said Comp2's messages were not particularly clear, meaning they were very brief. W1 said Comp2's message was something like, "going with [Comp1] back to football players." W1 said she does not have these text messages anymore because she deletes them every two or three months. W1 said she would not have let Comp2 leave with strangers, but she was with Comp1 who Comp2 knew from high school. W1 said she does not believe Comp2 met the guys before this evening, although she maybe knew of them and maybe someone requested to follow her on Instagram.

W1 said that her memory may be slightly impacted by alcohol and/or time, but she believes she remembers the majority of the evening.

W1 said the next morning, Comp2 texted her and told her one of the players raped her. W1 said she believes Comp2 was in Sellery when she texted this, and Comp2 told W1 she was going to the hospital. W1 said she is unsure when these messages were sent because she was still sleeping, but guessed maybe 5:00 a.m.

W1 said when she got these messages, she tried calling Comp2 but she would not answer and W1 was "freaking out." W1 said she is also friends with Comp2's sister, so she spoke with

13

her and learned more information. W1 said that she learned that both Comp1 and Comp2 were at the hospital doing a "rape kit." W1 said she thought they were probably going to the police right after but she is not sure.

W1 said Comp2 has since told her the "whole story," including another football player who had taken photos of Comp1. W1 said Comp2 told her that Comp1 and Comp2 "both made it clear they wanted to leave and not be there anymore." W1 said Comp2 was so drunk that she does not really remember anything except what Comp1 told her.

W1 said Comp2 did not return back to school after this incident and there was a point where Comp2 was not sure if she would return for the fall semester. W1 said it has been hard for Comp2 and it has affected her a lot. W1 said it was very difficult for Comp2 to finish taking her finals and that she was really depressed for a while.

*W2's Interview:[26]*

W2 said he knew Comp1 but not "the other girl." W2 stated that it is possible he saw the other person but the incident took place a long time ago therefore he did not currently have all of the information.

W2 stated that Comp1 was at the bar with R1 and R2. He believed Comp1 was there with another friend but does not know who that was. W2 said that R1 and R2 were in the same area as Comp1.

W2 stated that he does not recall taking the picture with Comp1 however W6 did show him the picture (See Attachment B). W2 believed W6 showed him the picture the following day during a conversation about W2 seeing Comp1 at the bar the evening prior. W2 confirmed that W6 was not at the bar with them the night before.

W2 stated that he does not recall any additional interactions with Comp1 that evening. W2 believed they interacted only for a few minutes. W2 stated that he does not remember saying "You're so drunk" to Comp1 but does remember thinking Comp1 was drunk. W2 was unable to say why he believed Comp1 was drunk and said he does not remember helping her off the floor at any point and stated he did not know she fell. W2 was unable to state what time he saw Comp1 but he is normally at the bar around 11:00 p.m. or 12:00 a.m. W2 does not recall seeing Comp1, R1 or R2 leave.

---

[26] The OC spoke with W2 on June 5, 2018 and August 13, 2018. During the first conversation, W2 said he was unsure as to whether he knew someone by the name of Comp1, did not believe he knew anyone by the name of Comp2, and in response to the investigator questions said he did not remember any details of the evening in question. On August 13, 2018, investigators called W2 and told him it was understood that he did know Comp1, that he follows her on Instagram, and that he took a photo with her on the night in question. The interview summary contained in the report is information provided during the August 13, 2018 interview.

14

*W3's Interview:*[27]

W3 indicated that he was with Comp1 for about an hour that evening celebrating his birthday. W3 believed that Comp2 was planning to join them at Brats later on that night.

W3 believed that they started to "pregame" at approximately 8:30 p.m. While pre-gaming, W3 recalls the group consuming mini bottles of alcohol, the type that would be found in a hotel mini bar. Specifically, W3 remembers the alcohol Comp1 was consuming as Sutton Home Wine[28]. W3 only recalls Comp1 consuming one of the small bottles while pre-gaming.

W3 said that after pre-gaming, they left for bar on State Street called Brats and would have arrived around 9:00 p.m. While W3 assumes they consumed alcohol while at Brats, he was unable to say what alcohol was consumed or the amount. W3 was also unaware at what time Comp1 left Brats because he did not notice she left.

W3 said he never saw Comp2 that evening. He said he did receive a text from Comp2 at approximately 3:00 a.m. but he was already asleep and he did not respond until the next day (See Attachment H). W3 stated that Comp1 never reached out to him that night.

*W4's Interview:*[29]

W4 said he first saw Comp1 that night on the fifth floor of Ogg Residence Hall, and it seemed that she was just getting home based in part by the fact that she was wearing normal clothes (not pajamas or lounge clothes). W4 said he believes she had just gotten back from being dropped off by R1, and that she had not yet been to her room. W4 said before this interaction, he did not know Comp1 well. W4 said she lived on his floor, and he had seen her a few times at greek life events. W4 said they would say hello in passing.

W4 said based on her demeanor, something was obviously wrong and he described Comp1 as "visibly distraught." W4 said he is unsure of whether Comp1 was crying, but said, "You can tell when something has happened to someone because they carry themselves in a certain way." W4 said this prompted him to ask her if something was wrong.

W4 said when he asked Comp1 if something was wrong, she did not initially want to talk in the open lobby area where they were standing. W4 said he pressed her a bit more and she said she would rather talk in private and they went to talk in her room which was one pod away. W4 said it took a while for Comp1 to say what happened and he had to "pry it out of her." W4 said he does not remember exactly what she said but she used the word "rape." W4 said after that he did not pry and ask for more details.

---

[27] This is a summary of information W1 provided to OC investigators on August 14, 2018.

[28] After reading the initial investigation report, Comp1 maintained that she did not consume wine that evening. While pre-gaming, she recalled consuming liquor not wine and said that she does not drink wine. Comp1 also asserts that she consumed shots and had more than one drink.

[29] This is a summary of information W4 provided to OC investigators on July 26, 2018; it also includes other details that were presented in a written statement of W4 provided via Comp1's attorney. The remainder of the written statement was substantially and materially similar to the interview summary included in the report.

Although W4 said he did not have many details, he recalled the following: W4 said he knew that R1 and someone else had picked "them" up outside the Double U, they began engaging in sexual actions and Comp1 told him to stop, then he put hands on her neck and forced her on to bed. W4 said Comp1 told him that when R1 dropped her off at the dorm he told her it was "their secret."

W4 said he knew Comp1 was not sober because she said she had been drinking at the Double UU. W4 said she was buzzed[30] when he saw her, but walking in a straight line and not seemingly blacked out.

W4 said when Comp1 said that she had been raped, he told her they needed to contact the police. W4 said Comp1 was a bit hesitant because R1 is a football player and has some sort of clout which intimidated her a little bit. However W4 said it did not take much to convince her they should call the police. W4 said that UWPD arrived and took a statement from Comp1, and then Comp1 decided she wanted to go to the hospital for a forensic nurse exam.

W4 confirmed he went with Comp1 to the hospital. W4 said they gave Comp1 a breathalyzer when he was with her, but he did not pay attention to the result. W4 said after the test they told Comp1 she needed to sleep a bit. W4 said they went to a separate room where Comp1 could lie down. W4 said he also went to sleep and was woken by the Madison Police Department. W4 said they wanted to speak with Comp1. W4 said he was in the hospital while they spoke with her, but he was not in the room. W4 said MPD took a statement from her before her exam, but assumed it was not a full interview. W4 said they were separated when Comp1 went into the exam room and he waited in another room and went to sleep. W4 estimated the exam occurred around 4:00 or 5:00 a.m. W4 said at some point he also provided a statement to MPD.

W4 said Comp1's friend also "came forward" and he met her briefly in the hospital but did not interact with her much. W4 described a few other interactions he has had with Comp1 since that day, but reported that they have not since discussed the events of that evening.

*W5's Interview with Private Investigator:[31]*

"…I asked [W5] if he was home during the evening of April 21, 2018 through the early morning hours of April 22, 2018. He confirmed that he was in his apartment during this time. [W5] spent some of the evening in his bedroom having a lengthy telephone conversation with his girlfriend. [W5] believes that sometime between 10:00pm and 10:30pm, [R1] and [R2] went out for the evening. [W5] asked where they were going and one of them said, "to a party". There was no mention of where the party was. Later that night, [W5] fell asleep while in bed and on the phone with his girlfriend. He had not

---

[30] W4 initially said that Comp1 was "merry on drink" and "not completely drilled." When Hasselbacher asked for more explanation, W4 acknowledged the British slang and said that is not an appropriate description in context of American English. W4 said he did not mean that Comp1 was happy or content. He agreed the word "buzzed" was most appropriate.

[31] The statement included in this section was written by a private investigator hired by the R1's attorney who conducted an interview with the witness on June 14, 2018. The witness interviewed, the roommate of R1, did not respond to OC investigators' request to be interviewed nor to confirm the contents of the statement.

consumed any alcohol. For the rest of the evening "I was in my room sleeping. I wasn't aware of anything going on". [W5] confirmed that throughout the evening and morning hours that he did not hear anything …[W5] did not hear the apartment door open at all during the night in question. He keeps his bedroom door closed while sleeping. His room is "about 4 steps" from the living room. [R1]' bedroom is about two feet away from [W5]'s room.

When [W5] woke up on the morning of April 22, 2018, he left his bedroom and walked through the living room to the bathroom. During this journey, he did not notice anything out of place. There were no empty alcohol bottles, no half empty glasses no food left out and no other signs of a party or guests being at the apartment. The apartment was as he remembered it prior to going to his bedroom the evening before. [W5] confirmed that [R1] does not consume alcohol and [there] is no alcohol in the apartment…

…[In response to police questioning] He did remember that [R1] told the cops that they were just having a good time, it was all consensual and the girls were not intoxicated. [W5] also remembered the police asking [R1] about where he was during the prior evening and [R1] gave them general details of that evening's timeline. He did recall [R1] telling the police that he and [R2] were at the Double U…"

*W6's Interview with Private Investigator*:[32]

"[W6] confirmed that he was not with [R1] and [R2] during the evening hours of Saturday, April 21, 2018 through the early morning hours of Sunday April 22, 2018. [W6] confirmed that he was with another female that night…

[W6] and [Comp1] went bowling with [R1] and [R2], sometime between 1:00pm and 3:00pm on April 21, 2018. It was [W6]'s idea to go bowling, and he enjoyed this activity. He called [R1] to see if he and [R2] wanted to go bowling because [R1] had a car. They picked up [W6] and [Comp1] at [W6]'s apartment []. The four then drove to Schwoegler's Park Towne Lanes to bowl… [Comp1] had not met [R1] prior to this day. [W6] introduced [Comp1] to [R1] and [R2] on the ride to the bowling alley. [W6] told me that neither he or [Comp1] were consuming alcohol at any time prior to [R1] picking them up. He further stated that none of them were drinking while bowling. The group bowled 3 to 4 games and then they all left Schwoegler's. There were not stops on the way back to [W6]'s apartment where [R1] and [R2] dropped [Comp1] and [W6]. [Comp1] and [W6] hung out for a while.[33] Based on a text message [Comp1] had left a bit before 5:30pm. She sent [W6] a

---

[32] The statement included in this section was written by the investigator hired by the R1's attorney. This investigator conducted the interview with the witness on June 7, 2018. The witness interviewed, a friend of R1 and someone Comp1 has dated, did not respond to OC investigators' requests to be interviewed nor to confirm the contents of the statement.

[33] After reviewing the Initial Investigative Report, Comp1 provided the following statement regarding W6's statement: "[W6]'s recollection is either deliberately false or inaccurate. The truth is this: After bowling, I was not dropped off at [W6]'s apartment. I was dropped off at Ogg directly from the bowling alley at approximately 3:00 p.m. I did not hang out at [W6]'s apartment with him 'for a while' on that day."

text message at 5:54pm and it said, "thx for paying for me I had so much fun! Ur friends r the best to" [W6] thought that it took [Comp1] about 20 minutes to get back to her residence.

We then discussed the other text messages between [Comp1] and [W6]. Later that evening, he received text messages from her asking him to come to the Double U. [W6] eventually text [Comp1] that he couldn't because he was not feeling well."

**Additional Information:**

*Information from University of Wisconsin Police Department Report:*[34]

On April 22, 2018 at 3:05a, I was wearing full UW-Madison Police Department (UWPD) uniform, and operating fully marked UWPD squad #2231. I was working as a sworn police officer and assigned to third shift patrol. I was wearing a body worn camera which was not activated during this call for victim privacy. I was dispatched with PO Contreras to Ogg Hall (835 W Dayton St) to take a report of sexual assault.

I arrived on scene and made contact with [Comp1] (verbally identified). [Comp1] was crying, and visibly distraught. She was with her friend [W1] (verbally identified). She had closed body language, and have very fragmented thoughts. I ensured [Comp1] was safe, and [Comp1] declined needing any immediate medical attention.

[Comp1] informed me she had been drinking at the Double U with her best friends. Later in the evening, she had went to an apartment off campus. [Comp1] believed it was the apartment of [R1].

[Comp1] informed me [R1] had invited her and her friend (possibly [Comp2]) into his room. While [Comp1] was in the room, [R1] had had sexual intercourse with [Comp2]. [Comp1] believed [Comp2] was passed out due to her level of intoxication, and did not feel she would have been able to consent to sexual activity. [R1] then turned his attention to [Comp1], and began to insert his fingers into her vagina. He then had vaginal intercourse with [Comp1]. [Comp1] remembers asking [R1] if he was wearing a condom, and also telling [R1] she was in pain.

[Comp1] felt [R1] was pushing her onto the bed, and at one point, [R1] placed his hand on [Comp1]'s neck.

[Comp1] stated this did not interfere with her breathing, and she felt it was sexual act to establish power. [Comp1] informed me the intercourse hurt her. She stated at the conclusion of the sexual activity, [R1] photographs of her while she was naked. She believed two of [R1]'s friends were also partaking in this activity. [Comp1] made [R1] delete these photographs. She also stated she felt incredibly uncomfortable and scared

---

[34] Because the ongoing criminal investigation, UWPD did not release the report. However an employee of the OC was permitted to review the report (18-00581) and take notes.

18

during the entire experience, and felt it was the most uncomfortable she had ever been in her entire life.

[Comp1] stated she felt paralyzed during the incident, and did not feel as though she could tell [R1] to stop despite her wanting him to. [Comp1] believed [R1] was sober because he drove her home after the incident. She further stated [R1] seemed concerned about what had happened, and did not want [Comp1] to say anything to anyone.

Based on my training and experience as a police officer, [Comp1] appeared to be exhibiting behavior of an individual who had just experienced a traumatic event.

I provided [Comp1] a ride to Meriter Hospital for a Forensic Exam. An advocate from the rape crisis center met [Comp1] at the hospital. I then ended my contact with [Comp1].

*Information from Comp1's Forensic Nurse Examiner Report:[35]*

    *History of Assault:[36]*

The report notes that the date/time of the assault was on April 22, 2018, estimated to have occurred between midnight and 1:00 a.m., at the "Apartment of Suspect," who is listed as [R1]. Notes indicate that Complainant reported a loss of memory and that she reported she voluntarily consumed alcohol, but not recreational drugs. She estimated that she last drank at 12:15am, and said she had two vodka/cranberry drinks, an unknown amount of shots ("I have no clue").

"[Comp1] reports forced penis to mouth penetration and digital penile penetration to vagina. [Comp1] reports meeting suspect at a bar in Madison. [Comp1] reports drinking 2-3 vodka/cranberry drinks and unknown shots of alcohol. [Comp1] had gone bowling with suspect earlier in the day. [Comp1] states, "I thought he was my friend." [Comp1] reports that suspect was not drinking. "He was a designated driver." [Comp1] unsure how she and her friend, [Comp2], arrived at suspect's apartment. [Comp1] states, "I did not know my surroundings." [Comp1] remembers that she and [Comp2] were on a bed naked. "I don't remember him" taking off my clothes. All of a sudden, I was naked." [Comp1] reports being on the bed next to her friend, and "He was like fingering us both at the same time. Then he stopped and started having sex with [Comp2]. He was holding onto my neck. It was very dominant. I was scared because he's like a big football player. If he gets in trouble everyone is going to hate me." [Comp1] reports that suspect stopped having sex with [Comp2] and he opened [Comp1]'s mouth and placed his penis in her mouth. [Comp1] states, "I was like, 'Blah,' and I didn't suck it." [Comp1] states, "All of a sudden, he was pulling on my hair. I was on my stomach and he propped my butt in the air." [Comp1] reports penile to vaginal penetration at this time. [Comp1] states, "I never told him to stop. I was just lying there. I was so shocked." Unknown if suspect used a condom or if suspect

---

[35] Attachment J, the full Forensic Nurse Examiner report, will not be distributed during the Initial Investigative stage but will be available for review to relevant parties following the decision from the Office of Student Conduct and Community Standards.
[36] Attachment J, p24-26.

ejaculated. [Comp1] reports falling back to sleep. [Comp1] states, "My face was in the ground. I was still naked. He thought I was unconscious. That's when his roommate, [R2], came in and they started taking pictures of us. I heard a camera sound, flashes." [Comp1] reports getting up. "I got really upset and started having a panic attack. I was crying. He was so mean. I tried to cover myself with a comforter. He wouldn't let me wrap a blanket around me. He's really strong. He's scary. I told him to 'delete the pictures now!" [Comp1] tried to get back to her friend, [Comp2]. [Comp1] reports that suspect wanted 20 more minutes with her. [Comp1] kept trying to get to [Comp2] and suspect told his roommate to get [Comp1] out of the apartment. [Comp1] states, "He yelled at me, "This is my house. Get out!" [Comp1] also reports that suspect was trying to get [Comp1] to suck on her friend [Comp2's] boobs. [Comp1] states, "He was taking the back of my head and pushing it towards my friend's boobs." She said, "no" and he backed away. [Comp1] complains of genital pain, "I think my vagina is ripped. I was sore when I wiped." [Comp1] reports that suspect took her home. She does not know how her friend, [Comp2], got back to her dorm. [Comp1] found in own dorm, crying, by friend [W4]. [W4] with [Comp1] at this time."

*Physical Assessment:[37]*

Injuries observed and documented: on the buttocks (purple and green contusions), periurethral tissue (abrasions), posterior fourchette (abrasions), and redness to cervix. "Fossa navicularis tear" is also noted.

*Behaviors observed during exam:[38]*

Under "final Impression," the nurse wrote, "FNE exam done per protocol. Evidence collected. Forensic photographs taken. Genital injury consistent with [patient] history."

*Observed Behaviors:[39]*

"Initial assessment. [Comp1] sleeping and groggy. Easy to arouse with verbal stimulation. [Comp1] polite and cooperative. [Comp1] tearful upon completion of exam, prior to discharge."

*Email from Athletics Department:*

On August 22, 2018, a Deputy Athletic Director emailed[40] the OC and stated that during a meeting with the Athletic Director and the Associate Athletic Director for Compliance, the following occurred:

"[R2] admitted to taking an image on his phone, stating that he was called into 'the room' by [R1] and that it was dark. The image taken was non-descript because of the lighting and was immediately deleted. He also state[d] that "no one was naked." He shared that he made a bad decision and was regretful."

---

[37] Attachment J, p29
[38] Attachment J, p30
[39] Attachment J, 37
[40] The email was to confirm a phone conversation that occurred the day prior.

Confidential       BOR_035988

*Video Footage from R1's Apartment Complex:*[41]

Comp2 leaves R1's apartment and goes directly to a stairwell that is across the hall slightly to her left. Comp2 proceeds down the stairs. Comp2 is visible walking down the stairs as the stairwell door closes behind her. Comp2 to walk down the stairs quickly.

R1 then leaves the apartment[42] and turns to his right, walks down the hallway appearing to look for something, and then returns to the apartment. Less than a minute later, R1 leaves the apartment again, and upon exiting he turns left and checks the stairwell that was previously used by Comp2. R1 does not go down the stairs but returns to the apartment and re-enters.

The group of R1, R2, Comp1 and P1 then come out of the apartment into the hallway. In this image, the heads of the parties are cut off from view. As the group leaves the apartment it appears as if P1 wobbles. Comp1 is not wearing any shoes and is carrying them. R1 walks ahead of the rest of the group towards the camera in the hallway at the opposite end from R1's room. No one in the group is speaking to each other. R1 leads the group down the stairwell to the lobby of the apartment complex. (Comp1 possibly has a misstep, but it is difficult to determine because footage is slightly choppy.)

R1 comes out of stairwell approximately 30 seconds ahead of group. Comp1 comes down the stairs and her arms are crossed; she is not talking to anyone and is walking ahead of P1 and R2. P1 is talking and R2 turns to listen to her. At one point, Comp1 turns to look at P1. It does not appear as if she said anything and she then turns back to look where she is going.

In the lobby, R1 trots up the stairs to the complex exit. As R1 exits the building, he is looking around. Twenty-six seconds after R1 appears in the footage, the rest of the group appears and walks to the exit. R2 appears to say something/gesture towards Comp1, but Comp1 does not respond/interact (R2 is behind Comp1 and she possibly did not hear/see). After he exits, Comp1 attempts to exit using the door on the left but it does not open. R2 tries the door as well and it does not open. Comp1, still not wearing shoes and arms crossed, uses the door on the right to leave, exiting first. Comp1 exits and walks directly toward something. R2 and P1 are talking as R2 opens the door for P1 so she can exit.

---

[41] The description of what is portrayed in the surveillance footage is based off a compilation of six different videos compiled into a PowerPoint presentation by Respondent's attorney. This footage became available after the Initial Investigative Report.
[42] In describing the footage, Respondent's attorney stated that R1 left the apartment to offer Comp2 a ride home because he was concerned about her walking home late at night.

21

*Surveillance Footage from UW-Madison Residence Halls:[43]*

*Sellery Hall, 2:35 a.m.:*

The April 22, 2018 video starts at Sellery Hall North Entrance at 2:35:29 a.m., continues in the B Tower elevator and ends at Sellery Hall Residence Hall Room on 5th Floor at 2:37 a.m.

Comp2 entered the building alone using her key card as required. She was walking without aid. She was wearing all black or dark clothing, specifically a crop top and jeans. Although she was walking without aid, she was observed to be slightly unbalanced as she walked down the hallway and turned the corner (2:35:46) but was able to hold herself up. Comp2 entered the building and walked directly to the B Tower and the elevator. While in the elevator, Comp2 appears to check her pockets for something. Comp2 used a key or card to access her floor, walked directly to her residence hall room, and arrives at 2:37:05 a.m.

*Ogg Hall, 2:37 a.m.:*

At 2:37:53 a.m., Comp1 enters the Ogg Hall east entrance. Comp1 is wearing bright pink socks and carrying her sneakers in her arms. Comp1's arms were crossed over her body close to her chest. Comp1 walks directly to the elevator. She appears to be walking normally and without difficulty. Her arms remain crossed over her body in the elevator and she appears to be shaking or shivering. Comp1 gets off the elevator at 2:38:56.[44]

*Sellery Hall, 2:39 a.m.:*

At 2:39:4, P1, R1 and R2 enter the building talking. P1 smiles as she enters. When they enter, they initially go toward Tower B but then they turn to go to Tower A. The group walks to the Tower A elevator. R2 lags behind as R1 and P1 walk ahead to the elevator. R1 and P1 are talking as they walk. After entering the elevator, P1 keys the elevator to stop on the 5th floor. Once on the elevator, all three are laughing and talking.

The elevator arrives on the 5th Floor at 2:41a.m. P1 walks ahead of the group while R1 and R2 stop at the end of hall. (Camera blind spot) P1 then walks directly towards the room of Comp2 but before she arrives at the door, Comp2 comes out of the room (2:43:03a.m.). She is dressed in a green top and gray sweatpants (she was previously wearing all black or dark clothes). All four enter Comp2's room.

At 2:47:15 a.m. Comp2 exits the room alone and walks down the hall towards the bathroom and water fountain area and returns at 2:47:50. At 3:11 a.m. P1, R1 and R2 leave the room, walk back towards the elevators and enter the elevator.

---

[43] UWPD collected surveillance footage for the Madison Police Department investigation. OC investigators reviewed this footage on July 25, 2018.
[44] Ogg Hall does not have surveillance footage on the residence hall floors.

22

At 3:13 a.m. the three parties exit elevators on the first floor. The group walks back towards the same doors they enter, and P1 high fives both R1 and R2 as they leave the building. P1 heads towards Tower A. Relevant footage ends at 3:14 a.m.

*Timeline:*

| Saturday, April 21, 2018 | | Attachment |
|---|---|---|
| 9:09PM | Comp1 sent W6 an emoji/image of lips via text message | E |
| 10:20PM | Comp1 sent a text message to W6 "R u going out" | B |
| 11:28PM | R1 texted Comp1 to come to Double U | A |
| 11:38PM | Comp1 texts Comp2 that she is in line at the Double U | I |
| 11:39PM | Comp2 texted Comp1, "Kndrunk" | I |
| Sunday, April 22, 2018 | | |
| 12:03AM | Comp1 texts W6 picture of W2 and Comp1. | B |
| 12:04AM | Photos taken by Comp1 of Comp2 leaning on R1's chest while at Double U | D |
| 12:12 AM | Comp1 texts W6 to come to the Double U again | B |
| 12:30 AM | Comp2 texts "Mom guck" to W3. | H |
| 1:13 AM | Comp1 texts, "Raped" to friend via Snapchat. | C |
| 1:41AM | W6 sent Comp1 a text message saying he was not coming to the bar. (Comp1 does not respond.) | B |
| 2:27 AM | Comp2 exits R1's apartment | APT SF[45] |
| 2:28 – 2:31 AM | Comp2 texts W3, "are you home," "[W3]," "are you home" | H |
| 2:30 AM | R1, R2, Comp1, and P1 exit R1's apartment | APT SF |
| 2:30 AM | Comp2's Uber receipt begins one block from R1's apartment Uber picks her up one block from R1' apartment. | F |
| 2:35 AM | Comp2 enters Sellery Hall | UWPD SF[46] |
| 2:37 AM | Comp2 enters her residence hall room in Sellery Hall | UWPD SF |
| 2:37 AM | Comp1 enters Ogg Hall East Entrance | UWPD SF |
| 2:38 AM | Comp1 gets off elevator at her residence hall floor | UWPD SF |
| 2:39 AM | R1, R2, and P1 enter Sellery Hall | UWPD SF |
| 2:40 AM | Comp2 texts W3, "Come, in my room," Please." | H |
| 2:41AM | R1, R2, and P1 arrive at and enter Comp2's room | UWPD SF |
| 2:44AM | R1 sends Comp2 a text message saying "Daddy" | G |
| 3:05AM | Comp1 and W4 call UWPD. | UWPD |
| 3:11AM | P1, R1 and R2 leave Comp2's room | UWPD SF |
| 3:14AM | Comp2 responds to R1' text message "Hi" | G |
| 3:14AM | R1 and R2 leave Sellery Hall | UWPD SF |
| 3:16AM | R1 responds to Comp2's text message saying "Hey baby" | G |
| 3:22AM | Comp2 responds to R1 text message saying "Sleeping. If you find my juul lmk[47] [heart emoji, kiss face emoji]" | G |

[45] Surveillance footage from R1's apartment complex.
[46] UWPD surveillance footage of the residence halls.
[47] "lmk" is an abbreviation for "Let me know"

23

| 3:52AM | Comp1 arrives at Meriter Hospital | J |
| 6:54AM | Comp1 tells Comp2 she was at Rape Crisis Center | I |
| 7:09AM | Comp2 asked, "did we have sex with him. Dude, I don't remember" Comp1 told her they did. | I |

\*             \*             \*

24