IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTEZ CEPHUS,

    Plaintiff,

v.                                         Case No. 21C0126

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

    Defendant.

## DECLARATION OF RACHEL BACHHUBER

I, **RACHEL BACHHUBER**, declare pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct:

1. I am an attorney licensed to practice law within the State of Wisconsin and am employed by the Wisconsin Department of Justice as an Assistant Attorney General and Deputy Unit Director of the Civil Litigation Unit. I report to Civil Litigation Unit Director Jeffery Simcox.

2. I am one of the attorneys of record for the Defendant in the above-captioned matter.

3. This declaration is based on my review of the Department of Justice file for the above-captioned matter and it is also based on my personal knowledge.

4. A true and correct copy of the deposition transcript from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University*

*of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 548.**

5. A true and correct copy of deposition exhibit 001 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 549.**

6. A true and correct copy of deposition exhibit 002 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 550.**

7. A true and correct copy of deposition exhibit 003 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 551.**

8. A true and correct copy of deposition exhibit 004 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 552.**

9. A true and correct copy of deposition exhibit 005 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 553.**

10. A true and correct copy of deposition exhibit 006 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 554.**

11. A true and correct copy of deposition exhibit 007 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 555.**

12. A true and correct copy of deposition exhibit 008 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 556.**

13. A true and correct copy of deposition exhibit 009 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 557.**

14. A true and correct copy of deposition exhibit 010 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 558.**

15. A true and correct copy of deposition exhibit 011 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of

*Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 559.**

16. A true and correct copy of deposition exhibit 012 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 560.**

17. A true and correct copy of deposition exhibit 013 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 561.**

18. A true and correct copy of deposition exhibit 014 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 562.**

19. A true and correct copy of deposition exhibit 015 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 563.**

20. A true and correct copy of deposition exhibit 016 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 564.**

21. A true and correct copy of deposition exhibit 017 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 565.**

22. A true and correct copy of deposition exhibit 018 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 566.**

23. A true and correct copy of deposition exhibit 019 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 567.**

24. A true and correct copy of deposition exhibit 020 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 568.**

25. A true and correct copy of deposition exhibit 021 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 569.**

26. A true and correct copy of deposition exhibit 022 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of

*Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 570.**

27. A true and correct copy of deposition exhibit 023 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 571.**

28. A true and correct copy of deposition exhibit 024 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 572.**

29. A true and correct copy of deposition exhibit 025 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 573.**

30. A true and correct copy of deposition exhibit 026 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 574.**

31. A true and correct copy of deposition exhibit 027 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 575.**

32. A true and correct copy of deposition exhibit 028 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 576.**

33. A true and correct copy of deposition exhibit 029 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 577.**

34. A true and correct copy of deposition exhibit 030 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 578.**

35. A true and correct copy of deposition exhibit 031 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 579.**

36. A true and correct copy of deposition exhibit 032 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 580.**

37. A true and correct copy of deposition exhibit 033 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of*

*Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 581.**

38. A true and correct copy of deposition exhibit 034 from the deposition of Rebecca Blank, taken March 25, 2022, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 582.**

39. A true and correct copy of the declaration of Rebecca Blank, dated April 4, 2022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 583.**

40. A true and correct copy of Exhibit 132 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 584.**

41. A true and correct copy of Exhibit 133 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 585.**

42. A true and correct copy of Exhibit 134 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 586.**

43. A true and correct copy of Exhibit 137 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 587.**

44. A true and correct copy of Exhibit 138 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 588.**

45. A true and correct copy of Exhibit 139 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 589.**

46. A true and correct copy of Exhibit 140 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 590.**

47. A true and correct copy of Exhibit 141 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 591.**

48. A true and correct copy of Exhibit 142 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of*

*the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 592.**

49. A true and correct copy of Exhibit 143 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 593.**

50. A true and correct copy of Exhibit 145 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 594.**

51. A true and correct copy of Exhibit 146 attached to the declaration of Rebecca Blank, dated April 4, 022, docket number 112, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 595.**

52. A true and correct copy of the second declaration of Rebecca Blank, dated May 6, 2022, docket number 164, in *Doe v. Board of Regents of the University of Wisconsin System,* W.D. Wis. Case No. 20-CV-856, is attached and marked as **Exhibit 596.**

53. A true and correct copy of Plaintiff's Response to Defendant's First Set of Discovery Requests for the above-captioned matter is attached and marked as **Exhibit 597.**

54. A true and correct copy of Plaintiff's Supplemental Response to Defendant's First Set of Discovery Requests for the above-captioned matter is attached and marked as **Exhibit 598.**

55. A true and correct copy of discovery letters from the Dane County District Attorney to Plaintiff's counsel in Case 2018CF1694, as they were produced to me in response to an open records request, are attached and marked as **Exhibit 599.**

56. A true and correct copy of Exhibit List 01, document number 279 in Case 2018CF1694, as it was produced to me in response to my open records request is attached and marked as **Exhibit 600.**

57. A true and correct copy of the Jury Verdict Count 2 – Not Guilty, filed August 2, 2019, as document 282 in Case 2018CF1694, as it was produced to me in response to my open records request is attached and marked as **Exhibit 601.**

58. A true and correct copy of Defendant's Response to Plaintiff's Interrogatories for the above-captioned matter is attached and marked as **Exhibit 602.**

59. A true and correct copy of an August 13, 2019 Wisconsin State Journal article that I found online at https://madison.com is attached and marked as **Exhibit 603**.

60. I produced a copy of Chancellor Emerita Blank's deposition and declarations from *Jane Doe v. Board of Regents*, W.D. Case No. 20-cv-856, to

11

Plaintiff's counsel on February 17, 2023, and provided notice that Blank was deceased.

61.   In the Defendant's initial disclosures the Defendant served on Plaintiff's on February 24, 2023, Defendant listed Rebecca Blank (deceased) and stated: "Chancellor Emerita Blank's testimony was memorialized in her declarations and deposition in W.D. Case No. 20-CV-856, which were produced to Plaintiff's counsel on February 17, 2023."

62.   A true and correct copy of an excerpt from the transcript of day 4 of the jury trial of 2018CF1694, as it was produced to me in response to my open records request is attached and marked as **Exhibit 604.**

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS DECLARATION ARE TRUE, CORRECT, AND BASED ON MY PERSONAL KNOWLEDGE**.

Executed: March 15, 2024

s/ Rachel L. Bachhuber<br>Rachel L. Bachhuber