IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTEZ CEPHUS,

    Plaintiff,

v.                                       Case No. 21C0126

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION TO STAY
THE DEADLINES FOR FINAL PRETRIAL SUBMISSIONS,
FINAL PRETRIAL CONFERENCES, AND TRIAL**

Defendant Board of Regents of the University of Wisconsin System (the Board) moves this Court for an order staying the deadlines for final pretrial submissions currently due July 12, 2024, the final pretrial conferences currently set for August 6 and August 13, 2024, and the trial set to begin August 19, 2024, pending resolution of the Board's motion for summary judgment. (Dkt. 39; Dkt. 41.) The grounds for this motion follow:

1.     The Court's modified schedule at docket 39, along with this Court's index to the preliminary pretrial packet, jury trial procedures for pretrial submissions, requires the parties to file all motions *in limine*, proposed jury instructions, proposed *voir dire* questions, witness lists, exhibit lists, and proposed special verdict forms by July 12, 2024. (Dkt. 39; Dkt. 16, *Preliminary Pretrial Packet*

(available at https://www.wiwd.uscourts.gov/sites/default/files/Attachments_PPTC_WMC.pdf (last visited June 26, 2024).)

2. The Board moved for summary judgment on the remaining claim in this case on March 15, 2024. (Dkt. 41.) The motion was fully briefed as of April 15, 2024. (Dkt. 56; Dkt. 63.)

3. In order to preserve limited personnel resources and to avoid additional litigation expenses and fees that may prove unnecessary or may require revision after this Court's ruling on the dispositive motion, the Board respectfully requests a stay of the final pretrial submission deadline, the final pretrial conference hearings, and the trial date, pending resolution of the Board's motion for summary judgment.

4. Undersigned counsel conferred with Plaintiff's counsel on June 25, 2024, about this motion, who indicated Plaintiff does not oppose the Board's request for a stay of these deadlines.

5. This motion is made to conserve the resources of the parties and the Court, and not to delay the proceedings.

6. No separate brief will accompany this motion.

## CONCLUSION

Based on the foregoing, the Defendant Board of Regents requests this Court to grant its unopposed motion and issue an order staying the deadlines for final pretrial submissions, the final pretrial conferences, and the trial set to begin August 19, 2024, pending the resolution of Defendant's motion for summary judgment. (Dkt. 39; Dkt. 41.)

Dated: June 26, 2024.

                                          Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Rachel L. Bachhuber
RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

SARAH A. HUCK
Assistant Attorney General
State Bar #1036691

JONATHON M. DAVIES
Assistant Attorney General
State Bar #1102663

Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 261-8125 (Davies)
(608) 266-7971
(608) 294-2907 (Fax)
bachhuberrl@doj.state.wi.us
daviesjm@doj.state.wi.us
hucksa@doj.state.wi.us