IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTEZ CEPHUS,

    Plaintiff,

    v.

Case No. 21-cv-126-wmc

REBECCA BLANK, LAUREN HASSELBACHER, and BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Board of Regents of the University of Wisconsin System, Rebecca Blank, and Lauren Hasselbacher against plaintiff Quintez Cephus dismissing the case.

| | |
|---|---|
| s/ Deputy Clerk | 10/30/2025 |
| Joel Turner, Clerk of Court | Date |